| | |
|---|---|
| 1 | PURVI G. PATEL (CA SBN 270702) |
| | PPatel@mofo.com |
| 2 | MATTHEW E. LADEW (CA SBN 318215) |
| | MLadew@mofo.com |
| 3 | JOVANNA RENEE BUBAR (CA SBN 329277) |
| | JBubar@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone: 213.892.5200 |
| 6 | Facsimile: 213.892.5454 |
| 7 | Attorneys for Defendant |
| | QUANTUM METRIC, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON USA INC. and QUANTUM METRIC, INC.,<br><br>Defendants. | Case No. 5:20-cv-02439-JWH-SHK<br><br>**DECLARATION OF PURVI G. PATEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   April 9, 2021<br>Time:   9:00 a.m.<br>Judge:  Hon. John W. Holcomb<br>Ctrm:   2<br><br>Complaint filed: Nov. 19, 2020 |

I, Purvi G. Patel, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, attorneys of record for Defendant Quantum Metric, Inc. in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. Pursuant to Local Rule 7-3, on February 1, 2021, I, along with David Farkas, counsel for Defendant Lululemon USA Inc., met and conferred with Plaintiff's counsel Joel Smith regarding the grounds for Defendants' anticipated motion to dismiss Plaintiff's Complaint.

3. **Exhibit A** to the Request for Judicial Notice is a true and correct copy of United States Patent No. US 10,656,984 B2. I accessed this patent from https://patentimages.storage.googleapis.com/7f/42/77/b8e2d0b0bb88bd/US10656984.pdf on February 8, 2021.

4. **Exhibit B** to the Request for Judicial Notice are true and correct copies of historical screenshots of the "Frequently Asked Questions" and "Data Privacy and Security" sections of Quantum's website captured on November 1, 2020, by the Wayback Machine. I accessed these documents on February 8, 2021. They are available at https://web.archive.org/web/20201030012904/https://www.quantummetric.com/faq/ and https://web.archive.org/web/20201020065045/https://www.quantummetric.com/data-privacy-and-security/.

///
///
///
///
///
///
///

5. **Exhibit C** to the Request for Judicial Notice is a true and correct copy of United States Patent No. US 10,146,752 B2.  I accessed this patent from https://patentimages.storage.googleapis.com/79/2e/30/e535f67fef3dd9/US10146752.pdf on February 8, 2021.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

    Executed this 8th day of February, 2021, in Los Angeles, California.

*/s/ Purvi G. Patel*
Purvi G. Patel

PATEL DECLARATION ISO DEFENDANTS' MOTION TO DISMISS

sf-4423879