Angela C Agrusa (Bar No. CA-131337)
angela.agrusa@us.dlapiper.com
David B. Farkas (Bar No. CA-257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Defendant
LULULEMON USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>LULULEMON USA INC. and QUANTUM METRIC, INC.,<br><br>   Defendants. | CASE NO.  5:20-CV-02439-JWH-SHK<br><br>**DECLARATION OF DAVID B. FARKAS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     April 9, 2021<br>Time:    9:00 a.m.<br>Judge:   Hon. John W. Holcomb<br>Ctrm:    2<br><br>Complaint filed:  Nov. 19, 2020 |

I, David B. Farkas, declare as follows:

1. I am Of Counsel with the law firm of DLA Piper LLP (US), attorneys of record for Defendant Lululemon USA Inc. in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. Pursuant to Local Rule 7-3, on February 1, 2021, I, along with Purvi Patel, counsel for Defendant Quantum Metric, Inc., met and conferred with Plaintiff's counsel Joel Smith regarding the grounds for Defendants' anticipated motion to dismiss Plaintiff's Complaint.

3. **Exhibit D** to the Request for Judicial Notice is a true and correct copy of historical screenshots of the Lululemon's Privacy Policy from Lululemon's website captured on April 19, 2020, by the Wayback Machine. I accessed these documents on February 8, 2021. They are available at https://web.archive.org/web/20200419134135/https://info.lululemon.com/legal/privacy-policy.

4. **Exhibit E** to the Request for Judicial Notice is a true and correct copy of a screenshot I took of the checkout page of Lululemon's website on February 8, 2021.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 8th day of February, 2021, in Los Angeles, California.

/s/ David B. Farkas
David B. Farkas

# ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file the foregoing document. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from, David B. Farkas, counsel for Defendant Lululemon USA, Inc., and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: February 8, 2021          MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
    Purvi G. Patel

*Attorneys for Defendant*
*Quantum Metric, Inc.*