PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MATTHEW E. LADEW (CA SBN 318215)
MLadew@mofo.com
JOVANNA RENEE BUBAR (CA SBN 329277)
JBubar@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
QUANTUM METRIC, INC.

ANGELA CHRISTINE AGRUSA (CA SBN 131337)
Angela.agrusa@us.dlapiper.com
DAVID B. FARKAS (CA SBN 257137)
David.farkas@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067-4704
Tel. 310.595.3000
Fax 310.595.3300

Attorneys for Defendant
LULULEMON USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LULULEMON USA INC. and QUANTUM METRIC, INC.,<br><br>        Defendants. | Case No. 5:20-cv-02439-JWH-SHK<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Date:    April 9, 2021<br>Time:   9:00 a.m.<br>Judge:  Hon. John W. Holcomb<br>Ctrm:   2<br><br>Complaint filed:  Nov. 19, 2020 |

sf-4421640

## I.    INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendants Lululemon USA, Inc. ("Lululemon") and Quantum Metric, Inc. ("Quantum") respectfully request that the Court take judicial notice of the following documents, which are attached hereto:

- **Exhibit A**:  United States Patent, Patent No. US 10,656,984 B2;
- **Exhibit B**:  Historical screenshots of the "Frequently Asked Questions" and "Data Privacy and Security" sections of Quantum's website captured on October 30, 2020, by the Wayback Machine;
- **Exhibit C**:  United States Patent, Patent No. US 10,146,752 B2;
- **Exhibit D**:  Historical screenshot of Lululemon's Privacy Policy from Lululemon's website captured on April 19, 2020, by the Wayback Machine; and
- **Exhibit E**:  Screenshot from the Lululemon website.

These exhibits are authenticated in the concurrently filed declarations of Purvi G. Patel (**Exhibits A through C**) and David B. Farkas (**Exhibits D and E**), though, in any event, the authenticity of these documents cannot reasonably be questioned for the reasons discussed below.

## II.    THE PATENTS, QUANTUM'S WEBSITE, AND LULULEMON'S PRIVACY POLICY ARE SUBJECT TO JUDICIAL NOTICE

**The Patents.**  The Court may properly consider **Exhibits A and C** because they are patents "issued by the U.S. Patent and Trademark Office, a source whose accuracy cannot be reasonably questioned." *Foster Poultry Farms v. Alkar-Rapidpak-MP Equip., Inc.*, 868 F. Supp. 2d 983, 990 (E.D. Cal. 2012) (the contents of patents are the appropriate subject of judicial notice); *see also Klang v. Pflueger*, No. SACV 13-01971 JVS (DFMx), 2014 WL 4922401, at *1 (C.D. Cal. July 10, 2014) (U.S. patents are proper subjects for judicial notice under Federal Rule of Evidence 201 because they are public records); *Simonian v. Monster Cable Prods. Inc.*, No. 10–CV–05544–LHK, 2011 WL 2224648, at *2 (N.D. Cal. June 8, 2011)

1  (a U.S. patent is judicially noticeable because "its contents can readily be

2  determined").

3  **Quantum's Website and Lululemon's Website and Privacy Policy.** The

4  Court may properly consider **Exhibits B, D, and E** because they are documents

5  "whose contents are alleged in [the] complaint and whose authenticity no party

6  questions, but which are not physically attached to the [plaintiff's] pleading."

7  *Davis v. HSBC Bank Nev., N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (alteration in

8  original) (citations omitted) (noting the court "may treat such . . . document[s] as

9  part of the complaint, and thus may assume that its contents are true for purposes

10  of a motion to dismiss under Rule 12(b)(6)"); *see also Tellabs, Inc. v. Makor Issues

11  & Rights, Ltd.*, 551 U.S. 308, 322 (2007) ("courts must consider the complaint in

12  its entirety," including "documents incorporated into the complaint by reference,

13  and matters of which a court may take judicial notice"). The incorporation-by-

14  reference doctrine "prevents plaintiffs from selecting only portions of documents

15  that support their claims, while omitting portions of those very documents that

16  weaken — or doom — their claims." *Khoja v. Orexigen Therapeutics, Inc.*,

17  899 F.3d 988, 1002 (9th Cir. 2018), *cert. denied sub nom. Hagan v. Khoja*, 139 S.

18  Ct. 2615 (2019). Here, Plaintiff explicitly references and relies on selective

19  portions of Quantum's website and Lululemon's website and Privacy Policy in the

20  Complaint. (*See* Compl. ¶¶ 14-21, 35-37.) It is proper for the Court to consider

21  the portions she chose not to include. *See, e.g.*, *Garcia v. Enter. Holdings, Inc.*,

22  78 F. Supp. 3d 1125, 1137 (N.D. Cal. 2015); *see also Tellabs, Inc.*, 551 U.S. at

23  322; *Khoja*, 899 F.3d at 1002.

24  Moreover, there is no issue with the Court taking judicial notice of

25  **Exhibits B and D**, which contain screenshots captured by the Wayback Machine

26  of Quantum's website from the time Plaintiff filed her Complaint and Lululemon's

27  website from the time Plaintiff allegedly made her purchase. "Courts have taken

28

1  judicial notice of the contents of web pages available through the Wayback
2  Machine as facts that can be accurately and readily determined from sources whose
3  accuracy cannot reasonably be questioned." *UL LLC v. Space Chariot Inc.*,
4  250 F. Supp. 3d 596, 604 n.2 (C.D. Cal. 2017) (quoting *Erickson v. Nebraska
5  Mach. Co.*, No. 15–cv–01147–JD, 2015 WL 4089849, at *1 n.1 (N.D. Cal. July 6,
6  2015); *see also In re Packaged Seafood Prods. Antitrust Litig.*, 338 F. Supp. 3d
7  1118, 1132 n.8 (S.D. Cal. 2018); *Sabatini v. Price*, No. 17-CV-01597-AJB-JLB,
8  2018 WL 1638258, at *5 n.6 (S.D. Cal. Apr. 5, 2018) (taking judicial notice of
9  webpage obtained from the Internet Archive on its own initiative), *aff'd sub nom.
10  Sabatini v. Azar*, 749 F. App'x 588 (9th Cir. 2019); *United States ex rel. Hong v.
11  Newport Sensors, Inc.*, No. SACV 13-1164-JLS (JPRx), 2016 WL 8929246, at *3
12  (C.D. Cal. May 19, 2016) (same), *aff'd*, 728 F. App'x 660 (9th Cir. 2018);
13  *O'Connor v. Lyft, Inc.*, No. 16-cv-00351-JSW, 2016 WL 6126966, at *3 (N.D. Cal.
14  Apr. 14, 2016) ("Courts have found that contents of web pages contained on and
15  available through the Wayback Machine are judicially noticeable under Federal
16  Rule of Evidence 201").

17  **III.   CONCLUSION**

18      For these reasons, Defendants respectfully request that the Court take
19  judicial notice of **Exhibits A through E**, which are attached hereto.

20
21  Dated:  February 8, 2021                 MORRISON & FOERSTER LLP
22
23                                  By:  */s/ Purvi G. Patel*
                                         Purvi G. Patel
24
25                                       ***Attorneys for Defendant
                                         Quantum Metric, Inc.***
26
27
28

sf-4421640

1

Dated:  February 8, 2021                     DLA PIPER LLP (US)

2

3                                            By: */s/ David B. Farkas*

4                                                 David B. Farkas

5                                            **Attorneys for Defendant**
                                             **Lululemon USA, Inc.**

6

7

8

9                              **ECF ATTESTATION**

10        I, Purvi G. Patel, am the ECF User whose ID and password are being used to

11   file the foregoing document.  In accordance with Local Rule 5-4.3.4, concurrence

12   in the filing of this document has been obtained from, David B. Farkas, counsel for

13   Defendant Lululemon USA, Inc., and I shall maintain records to support this

14   concurrence for subsequent production for the Court if so ordered or for inspection

15   upon request by a party.

16

17   Dated: February 8, 2021                    MORRISON & FOERSTER LLP

18

19                                           By: */s/ Purvi G. Patel*

20                                                Purvi G. Patel

21                                           **Attorneys for Defendant**
                                             **Quantum Metric, Inc.**

22

23

24

25

26

27

28

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO THEIR MTD

sf-4421640

# Exhibit A



US010656984B2

(12) **United States Patent**
Ciabarra, Jr. et al.

(10) Patent No.: **US 10,656,984 B2**
(45) Date of Patent: **May 19, 2020**

(54) **TECHNIQUES FOR MONITORING USER INTERACTIONS AND OPERATION OF A WEBSITE TO DETECT FRUSTRATION EVENTS**

(71) Applicant: **Quantum Metric, Inc.**, Monument, CO (US)

(72) Inventors: **Mario Luciano Ciabarra, Jr.**, Colorado Springs, CO (US); **Joseph Eric Pastuer**, Colorado Springs, CO (US)

(73) Assignee: **Quantum Metric, Inc.**, Monument, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 124 days.

(21) Appl. No.: **15/671,530**

(22) Filed: **Aug. 8, 2017**

(65) **Prior Publication Data**

US 2018/0039530 A1    Feb. 8, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/372,140, filed on Aug. 8, 2016.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 11/07* | (2006.01) |
| *H04L 29/08* | (2006.01) |
| *H04L 12/26* | (2006.01) |
| *G06F 11/00* | (2006.01) |
| *G06F 16/958* | (2019.01) |

(Continued)

(52) **U.S. Cl.**
CPC ........ *G06F 11/0757* (2013.01); *G06F 11/006* (2013.01); *G06F 11/0709* (2013.01); *G06F 11/3006* (2013.01); *G06F 11/3452* (2013.01); *G06F 16/986* (2019.01); *H04L 43/06*

(2013.01); *H04L 67/02* (2013.01); *H04L 67/10* (2013.01); *H04L 67/22* (2013.01);

(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,382,371 | B1 * | 6/2008 | Ciabarra | G06F 11/3419 |
| | | | | 345/440 |
| 8,892,685 | B1 * | 11/2014 | Rajkumar | H04L 9/0861 |
| | | | | 705/14.2 |

(Continued)

*Primary Examiner* — Kamini B Patel
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Techniques are disclosed for monitoring operation of and/or interaction with a website to detect events ("frustration events"). In at least one embodiment, a detection system is disclosed that can monitor a website for the same or unrelated interaction and operation to detect events that affect the performance of a website, while contributing to the frustration of user interaction with the website. The detection system can monitor interaction with and/or operation of one or more documents of a website. Interactions with a website, operations of the website, or a combination thereof, may be assessed with respect to a threshold defining an event. One or more criteria (e.g., a time period) of the event may be assessed for the interactions and operations. Event data may be generated for the event(s) that occur, and the event data may be sent to a host system to adjust operation of the website.

**18 Claims, 8 Drawing Sheets**



**Exhibit A**
**5**

## US 10,656,984 B2
Page 2

(51) **Int. Cl.**
   *G06F 11/30*      (2006.01)
   *G06F 11/34*      (2006.01)
(52) **U.S. Cl.**
   CPC ...... *H04L 67/2833* (2013.01); *G06F 2201/81*
         (2013.01); *G06F 2201/86* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0004845 A1* | 1/2011 | Ciabarra ............... | G06F 3/0481 |
| | | | 715/808 |
| 2011/0185293 A1* | 7/2011 | Barnett ............... | H04M 3/5232 |
| | | | 715/760 |
| 2012/0089705 A1* | 4/2012 | French ................... | G06Q 30/01 |
| | | | 709/219 |
| 2016/0188548 A1* | 6/2016 | Ciabarra, Jr. ......... | G06F 16/986 |
| | | | 715/234 |
| 2016/0226976 A1* | 8/2016 | Ciabarra, Jr. ....... | H04L 67/1097 |
| 2017/0017650 A1* | 1/2017 | Ciabarra, Jr. ......... | G06F 16/986 |
| 2017/0154366 A1* | 6/2017 | Turgeman .......... | G06Q 30/0275 |
| 2018/0034850 A1* | 2/2018 | Turgeman ............ | H04L 63/102 |
| 2018/0373803 A1* | 12/2018 | Shultz ................... | G06F 3/0482 |

* cited by examiner

**Exhibit A**
**6**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

600

MONITOR OPERATION OF A FIRST ELECTRONIC DOCUMENT OF A WEBSITE ACCESSED USING A FIRST
DEVICE
602

MONITOR OPERATION OF A SECOND ELECTRONIC DOCUMENT OF THE WEBSITE ACCESSED USING A
SECOND DEVICE
604

DETERMINE A TIME PERIOD IN WHICH BOTH OF THE OPERATION OF THE FIRST ELECTRONIC DOCUMENT IS
MONITORED AND THE OPERATION OF THE SECOND ELECTRONIC DOCUMENT IS MONITORED
606

DETERMINE THAT A THRESHOLD FOR OPERATION OF THE WEBSITE IS SATISFIED DURING THE TIME PERIOD
BASED ON MONITORING THE OPERATION OF THE FIRST ELECTRONIC DOCUMENT AND BASED ON
MONITORING THE OPERATION OF THE SECOND ELECTRONIC DOCUMENT
608

GENERATE EVENT DATA FOR THE TIME PERIOD BASED ON THE OPERATION OF THE FIRST ELECTRONIC
DOCUMENT THAT IS MONITORED AND BASED ON THE OPERATION OF THE SECOND ELECTRONIC
DOCUMENT THAT IS MONITORED
610

SEND, TO A SERVER COMPUTER ASSOCIATED WITH AN OPERATOR OF THE WEBSITE, THE EVENT DATA
612

FIG. 6

Exhibit A
12

**U.S. Patent**      May 19, 2020      Sheet 7 of 8      US 10,656,984 B2

700

```
┌─────────────────────────────────────────────────────────────┐
│  DETECT ONE OR MORE INTERACTIONS WITH AN ELECTRONIC DOCUMENT  │
│              RENDERED FOR A WEBSITE                            │
│                       702                                     │
└─────────────────────────────────────────────────────────────┘
                             │
                             ▼
┌─────────────────────────────────────────────────────────────┐
│ DETERMINE WHETHER A FIRST THRESHOLD FOR INTERACTION WITH THE  │
│   WEBSITE IS SATISFIED BASED ON THE ONE OR MORE DETECTED      │
│                   INTERACTIONS                                │
│                       704                                     │
└─────────────────────────────────────────────────────────────┘
                             │
                             ▼
┌─────────────────────────────────────────────────────────────┐
│  MONITOR OPERATION FOR THE ELECTRONIC DOCUMENT RENDERED FOR   │
│                    THE WEBSITE                                │
│                       706                                     │
└─────────────────────────────────────────────────────────────┘
                             │
                             ▼
┌─────────────────────────────────────────────────────────────┐
│ DETERMINE WHETHER A SECOND THRESHOLD FOR OPERATION OF THE     │
│  WEBSITE IS SATISFIED BASED ON THE OPERATION MONITORED FOR    │
│               THE ELECTRONIC DOCUMENT                         │
│                       708                                     │
└─────────────────────────────────────────────────────────────┘
                             │
                             ▼
┌─────────────────────────────────────────────────────────────┐
│ ASSESS A TIME PERIOD IN WHICH BOTH OF THE FIRST THRESHOLD AND │
│         THE SECOND THRESHOLD ARE SATISFIED                    │
│                       710                                     │
└─────────────────────────────────────────────────────────────┘
                             │
                             ▼
┌─────────────────────────────────────────────────────────────┐
│ GENERATE EVENT DATA FOR THE TIME PERIOD BASED ON THE ONE OR   │
│  MORE DETECTED INTERACTIONS AND THE MONITORED OPERATION       │
│                       712                                     │
└─────────────────────────────────────────────────────────────┘
                             │
                             ▼
┌─────────────────────────────────────────────────────────────┐
│ SEND, TO A SERVER COMPUTER ASSOCIATED WITH AN OPERATOR OF THE │
│             WEBSITE, THE EVENT DATA                           │
│                       714                                     │
└─────────────────────────────────────────────────────────────┘
```

FIG. 7

**Exhibit A**
**13**



FIG. 8

US 10,656,984 B2

1

# TECHNIQUES FOR MONITORING USER INTERACTIONS AND OPERATION OF A WEBSITE TO DETECT FRUSTRATION EVENTS

## CLAIM OF PRIORITY AND INCORPORATION BY REFERENCE

The present application is a U.S. Non-Provisional patent application that claims priority and benefit from U.S. Provisional Application No. 62/372,140, filed Aug. 8, 2016, entitled "TECHNIQUES FOR FRUSTRATION EVENT DETECTION," the entire contents of which is incorporated herein by reference for all purposes.

## FIELD

The present disclosure relates generally to monitoring interactions with and operations of a website. More specifically, embodiments relate to techniques (e.g., systems, apparatuses, computer-readable media, and methods) for detecting events that relate to problems with accessing a website based on interaction with and operation of the website.

## BACKGROUND

Since the introduction of client-side web technologies such as JavaScript, electronic documents (e.g., a webpage) accessed on the Internet have become increasingly dynamic. Accessing a data table in a document to sort columns or filter data, changing a Document Object Model (DOM) element opacity/location/dimensions/content, and asynchronously fetching and displaying data are just some examples of how web documents have become progressively richer with dynamic content and interactions.

An application on a client may allow users to view and interact directly with an electronic document in various ways including, without limitation, clicking on interactive elements to interact with or reload a document, navigating between documents, and requesting content to be displayed in a document. An interaction with a document may result in processing delays to present the document and/or load content based on the interaction. For example, interaction with a document may result in a time-consuming request to a server for a content change. A delay in processing the request may limit a user's ability to view and/or interact with the document. In another example, an interaction with a document results in delays or an error in execution of program code configured to execute for a document.

Because electronic documents are dynamic within an application on a client, operators that provide the documents do not have a clear insight into how their audience encounters and reacts to problems in accessing electronic documents. Despite having created the content for a document, but because of the large amount of permutations of how users can interact with an individual document or groups of documents, users (e.g., providers, designers, operators, and document creators) may seek to determine the problems that users have in interacting with electronic documents. Traditionally, network to desktop browsers was viewed as reliable and adhering to fairly consistent and predictable performance patterns. In the new environment where users increasingly access data from any device, and over widely varying network conditions, the proposition that performance is consistent is no longer valid. Users may see only partial content before getting frustrated and leaving a page or website. They may get frustrated due to content that does not even come from the primary website, but instead is sourced from Content Distribution Networks or external advertising or social media sites. Users may get frustrated over delays in loading and/or accessing content for a document. An administrator of a website may be unable to identify a source of issues with accessing web documents.

Products can also capture user interaction events on a remote web document. Specifically with respect to capturing mouse clicks and mouse movement, systems have approached tracking of these types of events by capturing the Cartesian coordinates where a mouse moves, and the Cartesian coordinates of where a user performs mouse clicks. This has been moderately effective in the past. However, as the number of devices used to access web documents increase and the number of varying screen displays increases, web designers have transitioned to a more dynamic, or responsive, document design and operation, where the content layout changes dynamically based on the client's screen size. As such, simply capturing Cartesian coordinates is ineffective and inaccurate at helping web operators and designers analyze how users interact with their document, as the results are not clear with respect to what the user clicked or what content a mouse went over, in, or out of Documents of a website may change dynamically with regard to a DOM defining a structure of content on the website. Documents may be related to one another such that interaction with one document affects presentation of a different document. Even more difficult is determining how unrelated events affecting interaction with or operation of a website may be correlated to a single issue with operation of the website. Such events may cause frustration with use of the website, without a host system hosting the website being fully aware of the significance of such events. Detecting related events may be difficult as websites shift towards dynamic implementations.

As a result of these challenges, computer systems that host a website are challenged with ways to detect issues in operation of a website, some issues of which lead to frustration by users of the website. These issues may affect the performance of the computers that host a website. A tremendous amount of financial and computing resources are expended to detect, if at all possible, and correct these issues to limit their exposure to the user's experience of the website.

## SUMMARY

Techniques (e.g., systems, methods, and computer-readable storage media) are disclosed for monitoring operation of and/or interaction with a website to detect events (also referred to herein as "frustration events"). Such events, aside from causing frustration to a user accessing a website, may affect performance of a website. In at least one embodiment, a detection system is disclosed that can monitor a website for the same or unrelated interaction and operation to detect events that affect the performance of a website, while contributing to the frustration of user interaction with the website. Host systems may not be able to detect such events, much less events that are based on unrelated interactions and/or operation on a website. Further such host systems may not be able to correlate issues with a website across multiple users on different client devices.

In at least one embodiment, the detection system can monitor interaction with and/or operation of one or more documents of a website. Interactions and operations may be monitored with respect to a policy that defines threshold for monitoring different types of events. In some embodiments,

US 10,656,984 B2

3

interactions and operation may be monitored together as they relate to a specific type of event to be detected. The detection system may assess each interaction and operation, or a combination thereof, with respect to a threshold. Threshold(s) may be assessed with respect to interactions with and/or operations of a website by multiple users, multiple devices, or combinations thereof defined by a policy for events.

An event may be defined based on one or more criteria, such as time. Based on determining that one or more thresholds defining an event are satisfied, the detection system may determine one or more attributes to determine whether an event is detected. For example, the detection system may determine whether the thresholds are satisfied within a time period defining the event. Based on determining that an event is detected, event data may be generated for the event. The event data may include information about a session of access to the website, a location of documents accessed, information about the interactions (e.g., where, when, and how), and information about the operations. The event data may be displayed and/or communicated to another computer system. For example, the event data may be sent to a computer system that is hosting the website to enable the computer system to adjust operation based on the event data.

In some embodiments, a computer system may be implemented for a detection system. The computer system may be configured to implement techniques disclosed herein. The computer system may include a memory coupled to one or more processors, the memory storing instructions, where the instructions, when executed by the one or more processors, cause the one or more processors to perform one or more methods or operations described herein. In at least one embodiment, the one or more processors and the memory are included in a mobile communication device. Yet other embodiments relate to systems, consumer devices, computer program products, systems, and machine-readable storage media, which can employ or store instructions to cause methods and operations described herein to be performed.

A better understanding of the nature and advantages of embodiments of the present disclosure may be gained with reference to the following detailed description and the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a high-level architectural diagram of a system for detection of frustration events according to some embodiments.

FIG. **2** illustrates a detailed block diagram of a system for detection of frustration events according to some embodiments.

FIGS. **3-5** illustrate examples of frustration events detected in documents displayed in applications according to some embodiments.

FIGS. **6** and **7** illustrate flowcharts of processes for detecting events related to interaction with and operation of a website according to some embodiments.

FIG. **8** illustrates a block diagram of an example computer system for implementing some embodiments.

DETAILED DESCRIPTION

The Internet continues to expand every day with more websites and enhancements to technology to improve navigation of content within a website. The increase in websites and the change in technology may contribute to an increase

4

in user frustration for navigating many websites. The aggregate of thousands, if not more, users of a website at any given time experiencing an issue may further impact the performance of the website contributing to more frustration in user access. In response, users may alter their operation, such as request access or function of the website to achieve a desired result. The altered operation of users may further cause performance issues with an increase in traffic for accessing the website as those users may attempt to repeatedly access the website in the manner as previously done leading to the issues. These issues may lead to challenges in efficiently operating a dynamic website and minimizing the effect on performance for operating a website by detecting frustration events.

What is needed is a technique for determining frustration events related to navigating electronic documents (e.g., webpages) for websites. A frustration event detection system (also referred to herein as "detection system" and "event detection system") is disclosed herein for identifying different types of frustration events related to navigating content on the Internet. By monitoring the interaction with a document and other events related to functionality for the document, a frustration event detection system can detect events ("frustration events") in which users are struggling (e.g., experiencing lack of response or limiting functionality) to interact with the document. The detection system can aggregate data, in real-time from one or more client devices, including multiple users, about interaction with and operation of a website. The frustration events may be detected for a website with respect to a user, a device, and/or one or more documents of a website. The detected events and data about the event may be communicated to a host system of a website to help adjust operation of the website in view of the detected events. The detection of events may be configurable, being customized based on the issues an operator of a website is trying to monitor. The data provided to an operator enables the operator to prioritize which items to fix. The aggregated data may enable operators to determine statistical information about the events, such as the number of users experiencing the issue, and potential financial impact of the issue. The aggregated data can be sent to a system that provides a website in which documents are associated with detected frustration events. The data about frustration events may be useful to identify problems with different versions of a website. As such, a different or new version of a website may be presented to a user based on detecting frustration events for a previous version of the website. The aggregated data can be used to trigger dynamic sites changes, a survey, redirect users to support, give them a coupon, or any number of interactions to improve the user's experience.

I. High-Level Architecture of Frustration Event Detection System

FIG. **1** illustrates a generalized example of a system **100** as a high-level architectural diagram for a frustration event detection system (also referred to herein as "detection system" and "event detection system"). One or more of the below-described techniques may be implemented in or involve one or more computer systems. System **100** is not intended to suggest any limitation as to scope of use or functionality of described embodiments.

The system **100** may include one or more "clients" or client systems (e.g., client application or client device), such as a client device **102**. System **100** may include a computer system **140** (e.g., a web server computer). Clients may be operated by users, such as user **103**. Computer system **140** may be operated by a user (e.g., an administrator). Clients

US 10,656,984 B2

5

6

can communicate with computer system **140** to exchange data via one or more communication networks (e.g., a network **170**). Examples of a communication network include, without restriction, the Internet, a wide area network (WAN), a local arear network (LAN), an Ethernet network, a public or private network, a wired network, a wireless network, and the like, and combinations thereof.

Communications between clients and computer system **140** may include one or more requests **110** and/or one or more responses **112**. A communication session (e.g., a web session) may be established between client device **102** and computer system **140** to exchange communications via network **170**. Computer system **140** may be implemented to store electronic documents, such as a collection of web documents for a website. In some embodiments, clients may communicate with computer system **140** by transmitting a request **110** along network **170** to computer system **140**. For example, a request from client device **102** to computer system **140** may be a request for an electronic document (e.g., a webpage) accessed from a URL at client device **102**. A response **105** from a computer system **140** to client device **102** may be a response providing the webpage requested by client device **102**. The communications disclosed in system **100** may be transmitted via one or more data packets. Data packet(s) that are received may be reassembled to yield a communication, such as a request or a response. Requests and responses may be transmitted via one or more network devices.

Requests and responses may include data, such as consumer data and/or enterprise data. The data may include an electronic document (also referred to herein as "a document"). Data as disclosed herein may be referred to as "cloud data," which is distinguishable as data in a cloud-based environment. An electronic document (also referred to herein as a "document") accessed on the Internet (e.g., the web) may be referred to herein as a document of a website. For example, an electronic document may be a "web document" or a "webpage" of a website. Data may be received from a computer system, data may be sent to a computer system, data may be processed by a computer system, or combinations thereof. Cloud data and/or enterprise data may be distinguishable from consumer data for consumer applications and/or services. Cloud data may include data accessed in a system including an enterprise system. In certain embodiments, data may include data processed, stored, used, or communicated by an application or a service executing in a computer system. For example, data includes objects. Data may be in a format, such as a JSON (JavaScript Object Notation) format from enterprise applications. Data may include structured data (e.g., key value pairs), unstructured data (e.g., internal data processed or used by an application, data in JSON format, social posts, conversation streams, activity feeds, etc.), binary large objects (BLOBs), documents, system folders (e.g., application related folders in a sandbox environment), data using representational state transfer (REST) techniques (referred to herein as "RESTful data"), system data, configuration data, synchronization data, or combinations thereof. In some embodiments, data in communications **110**, **112** may include a resource such as a document as referenced herein. A resource, such as a document, may include a document extended markup language (XML) files, HTML files (e.g., a webpage), JavaScript files, visual assets, configuration files, media assets, a content item, etc., or a combination thereof. For example, a resource may be a webpage in an HTML format referenced by uniform resource information (URI), e.g., a uniform resource locator (URL). A BLOB may include a collection

of binary data stored as a single entity in a database management system, such as an image, multimedia object, or executable code, or as otherwise known in the art.

System **100** can include a frustration event detection computer system **130** (also referred to herein as a "detection system" and "event detection system") that performs techniques disclosed herein for detecting frustration events associated with accessing documents. In some embodiments, a frustration event detection system may be implemented at client device **102**, computer system **130**, or a combination thereof. Computer system **130** may provide a service or an application that enables a user to detect frustration events. Computer system **130** may be implemented as part of client device **102**, computer system **140**, or a combination thereof. Computer system **130** may be communicatively coupled (e.g., via a network **170**) to one or more elements in system **100**. For example, computer system **130** may be communicatively coupled to client device **102** via connection **160** through network **170**. Computer system **130** can be communicatively coupled to computer system **140** via network **170**.

Computer system **130** and client device **102** may comprise one or more computers and/or servers which may be general purpose computers, specialized server computers (including, by way of example, PC servers, UNIX servers, mid-range servers, mainframe computers, rack-mounted servers, etc.), server farms, server clusters, distributed servers, or any other appropriate arrangement and/or combination thereof. Computer system **130** may run any of operating systems or a variety of additional server applications and/or mid-tier applications, including HTTP servers, FTP servers, CGI servers, Java servers, database servers, and the like. Exemplary database servers include without limitation those commercially available from Microsoft, and the like. Computer system **130** may be implemented using hardware, firmware, software, or combinations thereof. In one example, computer system **130** may include or implement a service (e.g., a Software as a Service, an Infrastructure as a Service, or a Platform as a Service) or a product (e.g., a computer program product) provided by Quantum Metric, LLC. In various embodiments, computer system **130** may be configured to run one or more services or software applications described in the foregoing disclosure. For example, computer system **130** may perform processing as disclosed herein according to an embodiment of the present disclosure.

Client device **102** may include or be coupled to a display **101**. Client device **102** may provide access to one or more applications, such as application **150**. Application **150** may be a browser enabling user **103** to view resources, such as documents. In at least one embodiment, system **100** may include an agent **152** ("detection agent") that can detect frustration events in system **100**. Detection agent **152** may operate in communication with computer system **130** to provide a service or an application that enables a user to detect frustration events.

Detection agent **152** may be implemented with program code (e.g., an application) that resides on client device **102**, computer system **130**, computer system **140**, or a combination thereof. For example, detection agent **152** may be implemented using JavaScript that is embedded in a document (e.g., webpage **156**) of a website that can identify and obtain data that is displayed at client device **102**. Detection agent **152** may be client-side such that it is implemented at client device **102**. Detection agent **152** can be sent in communications to client device **102**. Detection agent **152** may communicate with computer system **130** to coordinate

US 10,656,984 B2

7

frustration event detection. Detection agent **152** may perform operations disclosed herein as being performed by a client. In some embodiments, detection agent **152** may be received from computer system **130**. Detection agent **152** may be deployed to client device **102** as part of a service provided by computer system **130**. Detection agent **152** may be configured for communication with detection system **130**. Detection agent **152** may gather data on behalf of detection system **130**. In some embodiments, detection agent **152** may perform specialized functions to gather and prepare data in a format for detection system **130** to process in detecting frustration events.

Agent **152** may have more or fewer subsystems and/or modules than shown in the figure, may combine two or more subsystems and/or modules, or may have a different configuration or arrangement of subsystems and/or modules. Subsystems and modules of agent **152** may be implemented in software (e.g., program code, instructions executable by a processor), in firmware, in hardware, or combinations thereof. The subsystems and/or modules of agent **152** may be implemented to perform techniques disclosed herein. In some embodiments, the software may be stored in a memory (e.g., a non-transitory computer-readable medium), on a memory device, or some other physical memory and may be executed by one or more processing units (e.g., one or more processors, one or more processor cores, one or more GPUs, etc.). Computer-executable instructions or firmware implementations of the processing unit(s) may include computer-executable or machine-executable instructions written in any suitable programming language to perform the various operations, functions, methods, and/or processes disclosed herein. Agent **152** may store or be implemented as program instructions that are loadable and executable on the processing unit(s), as well as data generated during the execution of these programs. The memory may be volatile (such as random access memory (RAM)) and/or non-volatile (such as read-only memory (ROM), flash memory, etc.). The memory may be implemented using any type of persistent storage device, such as computer-readable storage media. In some embodiments, computer-readable storage media may be configured to protect a computer from an electronic communication containing malicious code. The computer-readable storage media may include instructions stored thereon, that when executed on a processor, perform the operations disclosed herein.

In some embodiments, computer system **130** and client device **102** may be implemented using a computing system comprising one or more computers and/or servers that may include those described above. The computing system may be implemented as a cloud computing system. Computer system **130** and client device **102** may include several subsystems and/or modules, including some, which may not be shown. Computer system **130** may have more or fewer subsystems and/or modules than shown in the figure, may combine two or more subsystems and/or modules, or may have a different configuration or arrangement of subsystems and/or modules. Subsystems and modules of computer system **130** may be implemented in software (e.g., program code, instructions executable by a processor), in firmware, in hardware, or combinations thereof. The subsystems and/or modules of computer system **130** may be implemented to perform techniques disclosed herein. In some embodiments, the software may be stored in a memory (e.g., a non-transitory computer-readable medium), on a memory device, or some other physical memory and may be executed by one or more processing units (e.g., one or more processors, one or more processor cores, one or more GPUs, etc.). Com-

8

puter-executable instructions or firmware implementations of the processing unit(s) may include computer-executable or machine-executable instructions written in any suitable programming language to perform the various operations, functions, methods, and/or processes disclosed herein. Computer system **130** may store program instructions that are loadable and executable on the processing unit(s), as well as data generated during the execution of these programs. The memory may be volatile (such as random access memory (RAM)) and/or non-volatile (such as read-only memory (ROM), flash memory, etc.). The memory may be implemented using any type of persistent storage device, such as computer-readable storage media. In some embodiments, computer-readable storage media may be configured to protect a computer from an electronic communication containing malicious code. The computer-readable storage media may include instructions stored thereon, that when executed on a processor, perform the operations disclosed herein.

Computer system **130**, client device **102**, and agent **152**, individually or in combination, may provide other services and/or software applications in a virtual or non-virtual computing environment. For example, computer system **130** may be configured to run one or more of these services or software applications described in the foregoing disclosure. Such services may be offered on-demand to users of client device **102**. Services may be facilitated or accessed by agent **152**. In some embodiments, a specific instantiation of a service provided by computer system **130** may be referred to herein as a "service." Users operating client device **102** may use one or more applications to interact to utilize the services or applications provided by computer system **130**. Services may be offered as a self-service or a subscription. Users can acquire the application services without the need for customers to purchase separate licenses and support. Examples of services may include a service provided under a Software as a Service (SaaS) model, a web-based service, an enterprise service, a cloud-based service, or some other service provided to client device **102** via network **170**. A service made available to a user via network **170** (e.g., a communication network) from computer system **130** is referred to as a "cloud service." In some embodiments, computer system **130** may host an application, and a user may, via network **170**, access the application at client device **102** on demand. Users operating client device **102** may in turn utilize one or more applications to interact with computer system **130** to utilize the services provided by subsystems and/or modules of computer system **130**.

In some examples, a service may be an application service may be provided computer system **130** via a SaaS platform. The SaaS platform may be configured to provide services that fall under the SaaS category. The SaaS platform may manage and control the underlying software and infrastructure for providing the SaaS services. By utilizing the services provided by the SaaS platform, customers can utilize applications executing in computer system **130**, which may be implemented as a cloud computing system. The cloud computing system may be implemented as a cloud-based infrastructure that is accessible via network **170**. Various different SaaS services may be provided.

Computer system **130**, client device **102**, and agent **152** may each also include or be coupled to additional storage, which may be implemented using any type of persistent storage device, such as a memory storage device or other non-transitory computer-readable storage medium. In some embodiments, local storage may include or implement one or more databases (e.g., a document database, a relational

US 10,656,984 B2

9            10

database, or other type of database), one or more file stores, one or more file systems, or combinations thereof. For example, computer system **130** may be coupled to or may include one or more data stores. The data store(s) may store templates, edit scripts, and other information for the operations disclosed herein. The data store(s) may be implemented to store data using one or more data structures (e.g., a hash table). The data store(s) may be accessible to perform search and retrieval of data stored in the data store(s). The data store(s) may store data to perform event detection and to store information about detected events as disclosed herein. The memory and the additional storage are all examples of computer-readable storage media. For example, computer-readable storage media may include volatile or non-volatile, removable or non-removable media implemented in any method or technology for storage of information such as computer-readable instructions, data structures, program modules, or other data.

In at least one embodiment, a web session may begin with a user **103** on a web browser **150** initiating the browser request **110** for a document **156** from computer system **140**. The user **103** may initiate the browser request **110** on a client device **102**.

Once the computer system **140** has received the request, it may transmit a response **112** and return to the client device's **102** web browser **150**. The response **112** of the computer system **140** may include the web document **156** requested by the user **103**. The computer system **140** may further include within the response **112** a Document Object Model (DOM), such as a hypertext markup language (HTML) DOM. The document **156** may be rendered according to the DOM. In one embodiment, the web document **156** may contain a reference to the detection agent **152** (e.g., JavaScript code), which can then be fetched as a result from computer system **130**. The detection agent **152** could also be sent separately from the web document **156**. Regardless, the detection agent **152** would be sent in conjunction with the web document **156**, such that the detection agent **152** can detect information about and operation of a website including the web document **156**. Being configured for communication with the detection system **130**, the detection agent **152** can provide the detection system **130** with data detection of interaction with and operation of a website. Detection agent **152** can monitor interaction with a website via input to a client and can monitor operation of the website with respect to functions for displaying the website and/or communication with a host system hosting the website. As discussed below, detection system **130** operating with detection agent **152** can detect events related to operation of and/or interaction with a website to identify events that may cause frustration to operation and/or performance of the website.

The detection agent **152**, detection system **130**, or a combination thereof may perform operations disclosed herein to detect frustration events and to record information about those frustration events. Information about frustration events may be stored by the detection system, presented in a graphical interface at a client device/computer system, and/or communicated to another system, such as computer system **140** that provides documents for a website.

Now turning to FIG. **2** is a system **200** showing a detailed view of a frustration event detection system. System **200** includes a computer system **230**, which may have more or fewer subsystems and/or modules than shown in the figure, may combine two or more subsystems and/or modules, or may have a different configuration or arrangement of subsystems and/or modules. Subsystems and modules of system

**230** may be implemented in software (e.g., program code, instructions executable by a processor), in firmware, in hardware, or combinations thereof. The subsystems and models are disclosed for illustrations of some embodiments. The subsystems and modules may implemented in detection system **130**, detection agent **152**, or a combination thereof.

System **230** may include an interaction handler **232** that monitors and handles input by a user for accessing website, including one or more documents of a website. Interaction handler **232** may be configured to detect input and/or interaction with a document by a user on a device (e.g., a client device). Input may be monitored and/or obtained according to techniques disclosure in Section II, which may include using a programming interface and/or other tools available on a client device or through a third party system. Interaction handler **232** may be implemented in detection agent **152** that is on a client device accessible to monitor and access input. In some embodiments, detection agent **152** may facilitate obtaining and providing input and/or detected interactions with a document to detection system **230**.

Based on detecting input and/or access of a document, interaction handler **232** may perform processing to detect one or more interactions. Interactions may be monitored and detected according to techniques disclosed herein. Detecting an interaction may include processing the input to determine the interaction (e.g., a mouse click, a mouse click of an element, or an input of text into an element) and information about the interaction (e.g., a type of interaction, a frequency of the interaction, and information about a location of the interaction). Interaction handler **232** may perform processing to monitor interactions with respect to one or more thresholds. A threshold for monitoring interaction with a website may be defined based one or more criteria defining a type of event sought to be monitored. A threshold may be configured with respect to detecting a type of event.

System **230** may include an operation monitor **234** that monitors operation of a website, in particular documents of the website. Operation monitor **234**, like input handler **232**, may work with detection agent **152** to obtain information about users accessing a website on a client device including monitoring communication with a computer system (e.g., computer system **140**). Operation monitor **234** may monitor operation of a website according to techniques disclosed herein. Operation of a website may include functionality for accessing a document, rendering a document and/or any functions or features in the document, functionality of a document based on an interaction with the document, obtaining a document, or other features related to operation of a document. Operation monitor **234** may monitor and/or intercept communication between a client device and a computer system **140**. Operation monitor **234** may monitor operations, for example, by monitoring communication for accessing a document, such as requests to reload a document and/or access a different document from one document. Operation monitor **234** may observe changes in a document, such as a change in a DOM object of a website, with respect to user interaction with a document. Examples of monitoring operations of a document are described below with reference to techniques for detecting events.

Operation monitor **234** may perform processing to monitor operations with respect to one or more thresholds. A threshold for monitoring operation of a website may be defined based one or more criteria defining a type of event sought to be monitored. A threshold may be configured with respect to detecting a type of event.

Based on detecting that a threshold is satisfied, both of operation monitor **234** and interaction handler **232** may

US 10,656,984 B2

11

communicate with an event manager **236** to provide information about the threshold and whether it has been satisfied. Both interaction handler **232** and operation monitor **234** may provide information that is detected about the interaction and operation to enable event manager **236** to provide details about an occurrence of an event.

System **230** may include event manager **236** that determines events (e.g., frustration events) based on information provided by interaction handler **232** and operation monitor **234**. Event manager **236** may determine a time period when an event occurs based on assessing the occurrence of interactions and operation with respect to threshold(s). One or more thresholds may be defined based on events to be detected. Examples of thresholds and events are described with reference to Section II. Events may be configurable based on a policy. The policy may be adapted based on rules and/or different learning techniques (e.g., supervised and unsupervised).

Event manager **236** can generate event data for events that are detected. The data may include information obtained about interactions from interaction handler **232** and information obtained from operation monitor **234**. The event data may include session information about a session for accessing a website when an event occurs, a location of the document(s) accessed during the event, and details about each of the events. Event manager **236** may provide or make accessible the event data to either or both of the communication interface **238** or display interface **240**.

Event manager **236** may generate a classification for operation of and/or interaction with the website. As described in this disclosure, the monitoring of operation of documents for a website and the threshold(s) that are satisfied can be assessed with respect to possible issues with operation of a website. A classification may be defined based on one or more thresholds that are satisfied during a time period. Examples of classifications are described with reference to Section II "Techniques for Detecting Events Related to Interaction With and/or Operation of a Website."

In some embodiments, a classification may be based on information about a website. For example, a classification may be based on session information including documents that were accessed and if those documents were part of a specific process (e.g., commerce). The weighting for a classification may be based on the information about a website. In another example, a classification may be based on severity of an issue, such as how many users and/or devices encountered the same event. In another example, other statistical information may be considered for classifying an event with respect to a user, such as past behavior including past classifications and access of the website. Generally, a classification may be based on factors that relate to struggle for accessing the website in view of the events that are detected. For example, a classification may be based on some or all of the following factors, such as a type of document or process (e.g., funnel process for commerce), abandon cart rates of a user, presence on website, number of pages visited, a measure of times a user has visited a website, registered user, and LTV (lifetime value) of a user.

System **230** may include communication interface **238** that communicates and/or facilitates communication with client devices and computer systems (e.g., computer system **140**), such as host systems that provide a website. Communication interface **238** may provide a callable interface that is based on one or more programming interfaces. The callable interface may facilitate communication, including push and pull communication techniques. Communication interface **238** may communicate using network **170**, sup-

12

porting communication protocols supported by any of the elements with which system **230** communicates. Communication interface **238** may communicate with computer system **140** and/or messaging platforms to provide event data. The event data may cause a computer system to adjust its operation and/or may cause the computer system to display information about the events. For example, the event data may facilitate a host system to adjust operation of a website based on events for operation that are detected.

System **230** includes display interface **240** that renders and/or provides a graphical interface to be displayed at a display device, e.g., a display device **101**. Event data and other information about detected events may be presented in a graphical interface, e.g., a dashboard. The graphical interface may show information such as statistics and event information about events that are detected.

II. Techniques for Detecting Events Related to Interaction with/Operation of a Website

The examples of detecting frustration events disclosed herein are described according to some embodiments. These examples are described with reference to system **100** of FIG. **1**. The processes and/or operations disclosed herein may be performed by detection agent **152**, detection system **130**, or a combination thereof. System **200** may implement the techniques disclosed in this section. Detection agent **152** and detection system **130** may communicate with each other as part of performing frustration event detection. Examples disclosed herein may be described as a process, which may be depicted as a flowchart, a flow diagram, a data flow diagram, a structure diagram, a sequence diagram, or a block diagram. Although such diagrams may describe operations as a sequential process, all or some of the operations may be performed in parallel or concurrently. In addition, the order of the operations may be re-arranged. A process is terminated when its operations are completed, but could have additional steps not included in a figure. A process may correspond to a method, a function, a procedure, a subroutine, a subprogram, etc. When a process corresponds to a function, its termination may correspond to a return of the function to the calling function or the main function. Although some techniques may be described as being performed at one element of system **100**, such as at a client **102** or computer system **130**, the techniques may be performed in a variety of different combinations. For example, some or all of the features of computer system **130** may be implemented at a client device **102**, or vice versa.

The processes disclosed herein may be implemented in software (e.g., code, instructions, program) executed by one or more processing units (e.g., processors cores), hardware, or combinations thereof. The software may be stored in a memory (e.g., on a memory device, on a non-transitory computer-readable storage medium). In some embodiments, the processes depicted in flowcharts herein can be implemented by one or more computer systems depicted in FIG. **1**. The particular series of processing steps in this disclosure are not intended to be limiting. Other sequences of steps may also be performed according to alternative embodiments. For example, alternative embodiments of the present disclosure may perform the steps outlined above in a different order. Moreover, the individual steps illustrated in the figures may include multiple sub-steps that may be performed in various sequences as appropriate to the individual step. While processing disclosed herein may be described with respect to a single document, such processing may be performed for multiple documents. Furthermore, additional steps may be added or removed depending on the particular

US 10,656,984 B2

13

applications. One of ordinary skill in the art would recognize many variations, modifications, and alternatives.

In at least one embodiment, a system can include one or more processors and a memory accessible to the one or more processors, the memory comprising instructions that, when executed by the one or more processors, cause the one or more processors to perform operations disclosed herein. In at least one embodiment, a computer product is disclosed comprising a computer readable medium storing a plurality of instructions for controlling a computer system to perform an operation of any of the method disclosed herein. A system is disclosed herein including a computer product implementing any of the operations disclosed herein, and including one or more processors for executing instructions stored on the computer readable medium included in the computer product. In some embodiments, a system can include means for performing any of the methods disclosed herein. In some embodiments, a system can be configured to perform any of the methods disclosed herein. In at least one embodiment, a system can include modules that respectively perform the steps of any of the methods disclosed herein.

In an aspect of some embodiments, each process disclosed herein can be performed by one or more processing units. A processing unit may include one or more processors, including single core or multicore processors, one or more cores of processors, or combinations thereof. In some embodiments, a processing unit can include one or more special purpose co-processors such as graphics processors, digital signal processors (DSPs), or the like. In some embodiments, some or all of processing units can be implemented using customized circuits, such as application specific integrated circuits (ASICs), or field programmable gate arrays (FPGAs).

The following sections describe some embodiments based on different scenarios in which events can be detected.

a. Detection of Rage Clicking Interaction

A frustration event detection system ("detection system") disclosed herein **130** can monitor one or more interactions (e.g., a selection or a click in) with an electronic document rendered in an application by a client device (e.g., client device **102**). The electronic document may be provided by computer system **140**. The electronic document may represent a webpage of a website. For example, the electronic document may be structured in a hypertext markup language (HTML) format. The electronic document may be structured based on a document object model (DOM) object of the website.

The interaction may be monitored with regard to the location of the interaction (e.g., coordinates such as an x-axis and a y-axis position of a mouse) within the document and other information about the interaction. For example, the detection system may monitor clicking events using code defined for a programming interface (e.g., window.addEventListener("onclick")). The information monitored may include the time or the number of occurrences of an interaction, a type of interaction, an element of an electronic document for which the interaction occurs, the website for which the interaction occurs, or other information about the document. The detection system may identify and store information about monitoring the interaction(s). The detection system may manage information (e.g., a counter) about interactions. The information may be updated based on an occurrence of an interaction.

Based on monitoring the interaction with the document, the detection system may determine whether an interaction threshold is satisfied. An interaction threshold may be defined by one or more criteria. The criteria may be defined

14

based on the aspect of the interaction that is monitored. The criteria may include the number of occurrences of a type of interaction, the number of interactions (which can be different), a time period of one or more interactions, the location of the interaction in the document, or other criteria related to interaction with the document. For example, the threshold may be defined based on a number of clicks within the document during a time period of 2 seconds. The criteria for the threshold may be user-defined and/or based on a learning system (e.g., machine learning or user-assisted learning) from previous interactions and events that are detected. The threshold may be adaptable based on previous interactions monitored and events that are detected. Upon determining that a threshold is not satisfied, the detection system may reset monitoring such that subsequent interactions are monitored from a new starting time period.

An event (e.g., a frustration event) may be detected based on monitoring the interaction(s) with a document. An event may be detected base on a threshold being satisfied (e.g., the criteria for a threshold being satisfied). For example, a threshold may be defined as a number of clicks on a document (or an element within a document) within a time period. The threshold may be defined a frustration event by which a determination is made that a user is frustrated by interaction(s) with a document. For example, a frustration event may be detected based on multiple clicking ("rage clicking") on an interactive element **302** of a document as shown in FIG. **3**. Upon detecting an event, the detection system may obtain information to store about the event. The information may be displayed in an interface (e.g., a graphical user interface) to enable a user to identify events that are detected and information about those events.

Upon detecting an event, data about the interaction with the electronic document is identified. The data may be identified in the information determined from monitoring interactions. The location of the document may be identified upon detecting the event. The location may be identified based on the source from which the document was obtained. For example, the location may be identified as the uniform resource information (URI) (e.g., a uniform resource locator (URL)) for the document. Upon detecting the event, the detection system can determine session information about a session that is active for providing the document, which is the subject of the event. The information gathered for the event may be stored by the detection system for analysis later. The data may be useful to determine a trend for events detected with respect to a user, a document, a site, or any other criteria related to events. For example, the detection system may record interactions, such as rage clicking, by recording information about the interactions, such as an element clicked for a rendered document, a location (x and y coordinates) of the mouse used for the interaction, the document URL, and session information (e.g., the documents the user traversed, user information, events which occurred in the session).

b. Detection of Rage Clicking Interaction Attributed to a Document Object Model (DOM) Change

In some embodiments, the detection system may monitor information about a website that includes the document(s) for which interactions are monitored. The monitoring may be performed for a time period, which may be periodic or intermittent. The detection system may monitor operation to determine whether a document object model (DOM) of the website has changed based on the interaction(s) with a document associated with the website. Interaction (e.g., clicking) with an interactive element may occur frequently (e.g., repetitive succession) when a user is frustrated. A

US 10,656,984 B2

15

DOM can be monitored for a change to further assess a document for a frustration event. A DOM change may be determined by using a document interface, such as DOM Mutation Observer. A DOM can be checked to assist with the prevention of false-positives of frustration event detection. For example, detecting a change in a DOM based on a user clicking repetitively on a webpage to increase a counter on a page may be identified as a false positive for a frustration event.

The detection system may monitor interaction with a document (e.g., interaction with one or more interactive elements rendered for the document) to determine that a DOM of a website for a document associated with the website may have changed. Upon detecting a change in the DOM for a website, the detection system may determine whether an interaction threshold (e.g., a DOM change interaction threshold) has been satisfied. An interaction threshold may be defined in part based on a DOM change threshold including one or more criteria for monitoring a DOM change. In one example, an interaction threshold may be defined by a number of clicks on a document and a DOM change, such that after a particular number of occurrences of a user clicking on an element without a DOM change occurring, a frustration event may be detected. Upon determining that the user clicked the same element within 2 seconds, and that no DOM changes have occurred, the detection system may continue to monitor the document. Upon detecting that the combination of a user clicking and no DOM change occurs after a threshold number of occurrences, the detection system may consider the interaction(s) a frustration event. The detection system may manage (e.g., create, read, and update) information (e.g., a counter) to keep track of occurrences of interaction(s) where a DOM does not change.

c. Detection of Rage Clicking Interaction Attributed to Performance with a Website

The detection system can detect an interaction, such as multiple clicking (e.g., rage clicking), with a document of a website attributed to performance issues (e.g., slow response for a document of a website) for a website. Aside from monitoring response time of a web server providing documents for a website, each individual may have a varying level of patience as well as varying expectation of response time to access a document for a website due to their own personal experiences. As such, each user can have a custom threshold before they are frustrated with a specific server response time. By detecting frustration through user interactions after a navigation event, an individual's user frustration can be more accurately monitored at scale.

In at least one embodiment, the detection system may detect a frustration event based on multiple interactions (e.g., rage clicking) due to performance issues with navigating documents for a website. For example, when a user clicks a link of a webpage to cause the browser to begin navigating to a different webpage, if the user then clicks on the same link after one second, the second occurrence of clicking may be detected as rage clicking possibly due to performance of the website to which the document. To monitor the response or load time for a link, the detection system may use an interface accessible at a client device. The interface may provide functionality such as browser timings that exposes response/load time information. For AJAX (Asynchronous JavaScript and XML)/XMLHttpRequest (XHR) requests, the detection system can use a time function for a browser and compare time difference between sending a request and receiving a response. The detection system may record the click as a frustrated navigation event

16

capturing information about the event such as the link clicked and other information as disclosed herein, such as the information and data gathered for rage clicking. FIG. 4 illustrates an example of a frustration event in which an interaction (e.g., clicking interaction 402) in a document is attributed to errors 404, 406 (e.g., "add to cart" buttons spinning due to delay response time) associated with a slow response time for a link in the document.

In at least one embodiment, the detection system may monitor a first document of a website. The interaction may include a first interaction with an interactive element during a time period and a second interaction with the interactive element during the time period. The first interaction may initiate a first request for a second electronic document of the website identified by the interactive element. The second interaction may initiates a second request for the second electronic document in response to the second electronic document not being received for the first request during the time period. An event may be detected based on repetitive interactions resulting in non-responsive API calls for the second document during a time period.

d. Detection of Application Programming Interface Error(s)/Performance Issues

In some embodiments, the detection system can monitor issues with loading a document for a website (e.g., loading interactive data for a webpage). Loading a document may include calling an application programming interface (API), such as AJAX API calls. Errors in loading a document may be monitored such that the errors can be associated with interaction with a document identifying a frustration event. The detection system may monitor loading a document along with monitor interaction with the document. A poor user experience may be detected based on interaction with a document (e.g., repetitive clicking) occurring during an error in loading the document. By monitoring API calls, the detection system can attribute interaction with a document as bad user experiences tied to errors or performances issues with invoking an API call for the document. The detection system can enable an administrator to target users to determine whether some users are encountering a problem, such as errors in API calls.

The detection system may monitor a document according to a threshold defined for one or more errors associated with loading a document. The interaction threshold may be monitored along with a threshold for loading a document, such that a frustration event may be detected based on satisfying both thresholds. A threshold for loading a document may be defined by a response to a program call (e.g., an AJAX/XHR request) having an error code (e.g., 4xx or 5xx range) or by a response to a program call satisfying (e.g., exceeding) a response threshold (e.g., response threshold time). In at least one example, when a AJAX/XHR request is made for a web page, if a response to the request contains an error code (e.g., a code in the 3xx, 4xx, and/or 5xx range) or a response time is greater than a predetermined amount of time, the detection system may detect error in the call such that interactions with the document that is monitored may be attributed to the error as a frustration event. Examples of errors may include forbidden document errors, document not found errors, and errors based on too many redirects.

To monitor API call, such as AJAR/XHR calls, the detection system may replace an original call, once the call to execute the AJAX/XHR request is hooked, with a special function (e.g., a "shim") to allow for the notification of when the request is made and to obtain the response code. The detection system may capture the data sent and call the original send (and likewise monitor the response). Upon

US 10,656,984 B2

17                                                                    18

determining that the call has resulted in an error identified as a frustration event, the detection system may determine data about the event, the request, including the URL of the request, the response to the request, and the response code, along with other information about the document for which interaction occurs for the event. FIG. 3 illustrates an example of a frustration event in which an interaction (e.g., clicking interaction 302) in a document is attributed to errors 304, 306 (e.g., "add to cart" buttons spinning due to delay response time) associated with API calls detected for multiple elements in the document.

In at least one embodiment, the detection system may monitor communication with a server computer providing electronic documents for a website. The detection system can detect a response received from the server computer based on a request communicated to the server computer for an electronic document the website. Based on the detected response, the detection system can determine whether a response threshold is satisfied, the response threshold being defined for communication with the server computer. Upon determining that the response threshold is satisfied, the detection system can determine information in the request, identify a location of the electronic document for the website, and determine session information for related to interaction with one or more electronic documents of the website, the one or more electronic documents including the electronic document. The detection system can then store one or more of the information, the location, or the session information.

e. Detection of Interaction ("Click") Errors

The detection system may detect clicking attributes to an error in execution of code (e.g., embedded code) for a document. For example, the detection system may monitor a document that a user is interacting with to determine whether interaction with the document is related to an error in executing script code (e.g., JavaScript). An error in code for a document may be monitored by executing functionality for an API (e.g., window.addEventListener("onerror")) that can listen for errors in execution of code for a document. Upon determining that an error has occurred in executing code for a document within a time period (e.g., 2 seconds) before a user interacts with the document, the detection system may detect the interaction as a frustration event. Upon detecting the error attributed to the frustration event, the detection system may determine information about the error and the interactions attributed to the error. Data about the event may be determined as disclosed herein for other frustration events. FIG. 3 illustrates an example of a frustration event in which an interaction (e.g., clicking interaction 302) in a document is attributed to code errors for a checkout process.

An error in code executed for a document may cause a frustration event because the code was likely supposed to be part of an interactive component of the document, for example, to transition between shipping to billing information during a checkout. If the code failed to run correctly, it is likely the document is in an unknown state, causing the user frustration due to an error in functionality. Because of the various different creators of browsers, and their associated JavaScript engines, along with various versions in current use by users, developers typically do not test all possible combinations of browser technology that is encountered in production. As such, documents for a website may not function properly resulting in frustration events identified based on repetitive interactions with the documents.

In at least one embodiment, the detection system may monitor an interaction with an electronic document of a

website rendered by a client device, where the electronic document is structured based on a document object model (DOM) object of the website. Based on monitoring the interaction with the electronic document during a time period, the detection system may detect an error with execution of executable code initiated for the electronic document in response to the interaction. Data about the interaction with the electronic document may be detected. The detection system may identify a location of the electronic document for the website and may determine session information for the interaction with the website during the time period. The one or more of the data, the location, or the session information may be stored by the detection system.

f. Detection of Profanity Events

The detection system may detect a frustration event of a website as tied to a user's input or interaction of profanity with a document of the website. At times, when a user is frustrated by interacting with a website, the user may type profanity into an interactive element (as shown by element 502 of FIG. 5) or may aggressively interact with the website. Based on detection of a profanity event, the detection system may detect information about the event and associate the information in storage with the document. For example, the detection system may record the profanity. The detected information may be useful to a website operator to determine the circumstances in which a user is frustrated to improve operation of the website. In some embodiments, the detection system may provide one or more interfaces (e.g., a graphical user interface), such as graphical user interface 504 of FIG. 5, for viewing information about detection of a frustration event. The information may be provided in real-time along with a document that is being monitored. The information may indicate information about or leading up to the detection of a frustration event.

In at least one embodiment, the detection system may monitor interaction with an electronic document of a website rendered by a client device, where the electronic document is structured based on a document object model (DOM) object of the website. Based on monitoring the interaction with the electronic document during a time period, the detection system may detect that the interaction includes an input to an interactive element of the electronic document. The input may be analyzed to determine whether the input includes a user-defined data (e.g., user-defined profanity). Upon determining that the input includes user-defined data, the detection system may: 1) detect data the interactive element the electronic document; 2) identify a location of the electronic document for the website; and/or 3) determine session information for the interaction with the website during the first time period. The detection system may store one or more of the input, the data, the location, or the session information.

g. Detection of Repetitive Steps

The detection system can detect user frustration in the event that a user is performing repetitive steps caused by repetitive interaction with one or more documents of a website. A frustration event may be detected when a user is interacting with a website that continues to redirect the user through the same process. Often times, an error or frustrating user experience can typically be discovered when users are repeating the same checkout step over and over. In one example, the detection system may determine whether a user revisits the same document, which may be identified by a URL or content appearing in the document, as part of a process (e.g., a checkout process) on the website. The detection system may be able to analyze code that is being executed for a repeated process to determine whether a

US 10,656,984 B2

19
20

process has been repeated. A threshold may be defined whereby the detection system determines that a frustration event has occurred because the threshold for repeating the process has been reached. Information about the website, such as the document(s) involved with the repetitive process, may be recorded for association with the frustration event. The detection system may manage information (e.g., a counter) to keep track of occurrences of a process. By detecting a frustration event related to a repeated process, a website can be improved to streamline the process to dramatically increase conversions.

In at least one embodiment, the detection system can monitor interaction with an electronic document of a website rendered by a client device, where the electronic document is structured based on a document object model (DOM) object of the website, and where the electronic document is located associated with a location on a server computer and is interactive to initiate a transaction with a merchant. Based on monitoring the interaction with the electronic document, the detection system can determine whether the electronic document has been loaded a threshold amount at the client device. Upon determining that the electronic document has been loaded the threshold amount, the detection system can: 1) identify a location of the electronic document for the website; 2) determine session information for the interaction with the website during the time period; and/or 3) store one or more of the location or the session information.

III. Processes for Detecting Events Related to Interaction with and Operation of a Website

FIGS. 6 and 7 illustrate flowcharts of techniques for determining events (also referred to as "frustration events") for a website. Specifically, the techniques include determining events based on monitoring operation of and interactions with a website. Events (or "frustration events") may include or correspond to problems, issues, delays, errors, or other types of events that impact operation and/or interaction with use of any portion of a website. Such events may be the cause of frustration affecting performance, operation, and use of a website. Monitoring operation may include monitoring interaction with documents of the website. The techniques described with reference FIGS. 6 and 7 may be implemented by one or more computer systems, including frustration event detection system 130, device 102, or a combination thereof.

FIG. 6 illustrates a flowchart 600 of techniques for determining events based on operation of one or more documents of a website. The techniques may include a process by which operation of one or more documents of a website may be monitored across one or more devices (e.g., client devices). Often times, an issue affecting operation or use of a website may not be detectable across different documents of a website, much less documents accessed by different devices operated by different users. In many cases, different issues may be impacting the operation and use of a website in different ways across different documents. The issues may be related to the same problem, and ultimately the issues may signify a general issue affecting the operation and use of a website. The issues may go unnoticed or may be difficult to correlate or detect across multiple different documents accessed by one or more devices. The discovery of events impacting operation of a website may be difficult to detect and may be useful for adjusting and improving operation of a computer system (e.g., a server computer) of a host system that hosts a website.

Flowchart 600 may begin in a variety of ways, not limited to an order in which the blocks of flowchart 600 are shown. One or more blocks of flowchart 600 may implement techniques to monitor operation of and/or interaction with one or more documents of a website accessed from one or more devices.

Flowchart 600 includes block 602 and block 604. At block 602, operation of an electronic document (e.g., a first electronic document) of a website, accessed using a device (e.g., a first device), may be monitored. At block 604, operation of another electronic document (e.g., a second electronic document) of the website, accessed using a device (e.g., a second device), may be monitored. The first electronic document may be the same, or identical, as the second electronic document. The first device may be the different or identical to the second device. The electronic documents may be accessed on multiple instances when the first device is identical to the second device. Monitoring operation of a document of a website may include assessing, or monitoring rendering of the document, one or more functions or features in the document, interaction within or with an element of the document, execution of one or more instances of a set of instructions, or any other function or process that relates to presentation and access of a document of the website.

In at least one embodiment, event detection system 130 can monitor operation of a website accessed by multiple client devices. Detection agent 152 on client device 102 may monitor input to and operation of a website accessed on a client device. Detection agent 152 may be configured to cause client device 102 send data to event detection system 130. The data may include information about inputs and/or interactions that are detected at client device 102 and/or data about operation of an electronic document being rendered at client device 102. Event detection system 130 can monitor operation of and/or interaction with a website based on the data received from detection agent 152.

Techniques for monitoring a website, and/or one or more documents of the website, may be implemented using techniques disclosed with reference to Section II "Techniques for Detecting Events Related to Interaction With and/or Operation of a Website." In some embodiments, monitoring operation of the first electronic document may include detecting one or more interactions (e.g., first interactions) with the first electronic document. Monitoring operation of the second electronic document may include detecting one or more interactions (e.g., second interactions) with the second electronic document. Interactions may be detected based on one or more inputs to the device with respect to an electronic document.

At block 606, a time period is determined for when operation of a first electronic document and operation of a second electronic document are monitored. To identify possible issues with operation of a website, the time period may be useful in determining whether operation of individual documents for a website were monitored during a time period, and if so whether a threshold is satisfied for the operation(s) monitored during that time period. Electronic documents may be accessed by the same or different users during a time period.

At block 608, a threshold for operation of a website is assessed to determine whether the threshold is satisfied during the time period determined at block 606. A website may be monitored based on one or more thresholds, each of which may correspond to operation of or interaction with the website. A threshold may be defined based on one or more attributes related to operation of a website. Each attribute may be defined by a value representing that attribute. Attributes may include interaction (e.g., mouse clicks) and/ or operation (e.g., reloading a page) related to a website. The attributes may include those, for example, described with

US 10,656,984 B2

21

reference to interactions and operations in Section II "Techniques for Detecting Events Related to Interaction With and/or Operation of a Website." The threshold(s) may be configurable with respect to monitoring operation of a website to detect frustration events. The threshold may be assessed based on monitoring operation of one or more electronic documents accessed across one or more devices. For example, a threshold may be assessed based on monitoring operation of a first electronic document and based on monitoring operation of a second electronic document for a website. The threshold may be configured for different operations of and/or interaction with the website. The data based on monitoring operation of the website monitored for a first electronic document and a second electronic document during the time period may be assessed to determine whether the operation during the time period satisfies the threshold.

At block 610, event data including a classification of operation for the website during the time period is generated. The event data for the time period based on the operation of the first electronic document that is monitored and based on the operation of the second electronic document that is monitored. The event data may include interaction information, session information, and a location of each of the electronic document(s) monitored during the time period. For example, the event data includes first information about the operation of the first electronic document monitored for the website and second information about the operation of the second electronic document monitored for the website. The event data may be useful for a server computer hosting a website to assess and/or possibly alter operation of the website and/or inform users.

Generating the event data may include generating a classification for operation of the website. As described in this disclosure, the monitoring of operation of documents for a website and the threshold(s) that are satisfied can be assessed with respect to possible issues with operation of a website. A classification may be defined based on one or more thresholds that are satisfied during a time period. Examples of classifications are described with reference to Section II "Techniques for Detecting Events Related to Interaction With and/or Operation of a Website." For example, a threshold may be defined for one type of interaction that is satisfied based on monitoring operation of electronic documents accessed for a website by different client devices.

At block 612, the event data is sent to a computer system (e.g., a server computer), such as computer system 140. The computer system may be associated with an operator of a website which is monitored. The event data may be used by the computer system to adjust operation of the website by the computer system. Information in the event data may be displayed at the computer system to provide an indication as to the operation of a website. In some embodiments, the operation of the website, or specific documents rendered for the website may be altered to address issues based on satisfying a threshold. The website may provide information in the event data and/or communicate the information to client devices to inform users about operation of the website.

Now turning to FIG. 7, a flowchart 700 of techniques for determining events based on operation of one or more documents of a website is illustrated according to some embodiments. In some instances, an electronic document for a website may encounter an issue with its operation that can be detected on the basis of different interactions with and/or operation of the website. Individually, each interaction with and/or different operation of a document of a website may

22

not be causing an issue. A computer system hosting a website may be unable to determine a trend in operation of a website based on one or more users accessing a document. Specifically, separate events related to operation of or interaction with a website for the same or different documents may not be correlated as relating to a single issue. Techniques disclosed with reference to flowchart 700 illustrate how monitoring operation of a document for a website and interactions with the document may collectively be assessed with respect to multiple thresholds to detect and classify an event related to an issue with operation of a website.

Flowchart may include blocks for monitoring interaction(s) with a document for a website and assessing the interaction(s) with respect to one or more thresholds. Flowchart may include blocks for monitoring operation(s) of a document for a website and assessing those operation(s) with respect to one or more thresholds.

In at least one embodiment, at block 702, one or more interactions with an electronic document rendered for a website are monitored. Interactions may be monitored using techniques disclosed herein. One or more interactions may be detected based on monitoring. At block 704, a threshold for interaction with the website (e.g., a first threshold) is assessed to determine whether the threshold is satisfied based on the one or more detected interactions. The threshold for interaction with the website may be based on a measure of one or more interactions (e.g., one or more mouse clicks) with the electronic document. For example, the threshold may be defined for monitoring rage clicking interaction with a document on the basis of multiple interactions with a document.

Detecting one or more interactions with a document may include determining that the one or more interactions correspond to one or more inputs to an element presented for the document. A threshold of interaction with the website may be based on either or both of the interactions or the actual data input. The input(s) may be processed to determine whether it includes user-defined data. User-defined data may correspond to information that is not permitted or indicative of frustration (e.g., profanity) for interaction with a document.

In at least one embodiment, at block 706, operation for an electronic document rendered for the website is monitored. The electronic document may be different or identical to the electronic document for which one or more interactions are detected. At block 708, a threshold (e.g., a second threshold) for operation of the website is assessed to determine whether the threshold is satisfied based on the operation monitored for the electronic document.

Monitoring operation for one or more electronic documents rendered for a website may include monitoring those documents for a change in a document object model (DOM) object of the website. The document(s) may be structured based on the DOM object. Monitoring operation may include detecting, based on the one or more interactions, a change in a document object model (DOM) object of the website. The website may be structured based on the DOM object. In this example, interactions with and operations of a website are monitored together as they related to each other. A threshold for operation of a website may be related to and/or based on a DOM change. For example, a threshold may be defined based on one or more of a type of change to a DOM object, a frequency of changes, other types of changes, or combinations thereof. The second threshold may be related to a DOM change. Determining whether the second threshold for operation of the website is satisfied based on the operation monitored for the electronic docu-

Exhibit A
25

23

ment may include determining whether the detected change in the DOM object satisfies the DOM change of the second threshold.

At block **710**, a time period in which one or more thresholds are satisfied is assessed. For example, based on determining that a threshold at block **704** and a threshold at block **708** are satisfied, a time period is determined for when both thresholds are satisfied. As discussed above, a computer system hosting a website may be interested in detecting an issue with operation of the website such that it may be desirable to monitor multiple thresholds, one for interaction with the website and another for operation of the website. Identifying a time period when both thresholds are satisfied may be indicative of a potential issue with the website, or more specifically with a document provided for the website.

In at least one embodiment, monitoring the operation for an electronic document comprises determining an amount of requests to load the electronic document for the website. The second threshold may include a threshold amount of requests to load one or more electronic documents of the website. This technique may be implemented to monitor operation of a website based on reload requests to access a document. A measure of requests to load a document may contribute or in itself be identified as a frustration event affecting operation of a website. In some embodiments, operation of and interaction with a website may be important to monitor collectively for all or a portion of a website involved in a process of commerce (e.g., a checkout process). A process of commerce may be critical for an operator of a website such that frustration events detected may impact commerce for the operator. For example, monitoring the operation for the electronic document may include determining whether the electronic document is associated with a process of commerce facilitated by the website. Monitoring the operation for an electronic document may include determining whether the document is in a set of documents part of a process of commerce. Processing may be performed to determine whether the document(s) are part of a checkout process or some other process involved with commerce through the website. The amount of requests may be determined to assess whether the document(s) are being rendered and/or operation for the document(s) is being performed for a checkout process based on interaction with the document(s).

In at least one embodiment, detecting the one or more interactions with an electronic document (e.g., a first electronic document) comprises detecting a plurality of interactions with an interactive element of the electronic document. The interactive element being configured, upon the interaction, initiates a request for a different electronic document (e.g., a second electronic document). Monitoring the operation for the first electronic document comprises determining whether display of the first electronic document has changed to render the second electronic document based on the plurality of interactions. By implementing this technique where interactions in one document can be monitored along with operations for rendering a second document, the operation of the website can be assessed with respect to the ability of the second document to be rendered based on interaction with the first document. The techniques implemented in flowchart **700** may enable a classification to be determined whether these interactions whether the interactions and operation are a frustration event.

In some embodiments, multiple different types of interactions may be monitored and detected. A threshold may be defined based on one or a combination of interactions, which could be of different types of interactions. Multiple interac-

24

tions of the same type may be detected. Multiple interactions with the same element may be monitored to determine whether an issue exists with operation of the element and/or loading of another electronic document based on interaction with the same element. For example, a first interaction with an element of a first electronic document of a website may be detected. The first interaction may initiate a first request for a second electronic document. In this example, a second interaction with the same element of the first electronic document may be detected. The second interaction may initiate a second request for the second electronic document. The interactions and the requests may be detected during the time period during which the threshold is satisfied based on the detected interactions. The second request may be initiated in response to the second electronic document not being received for the first request during the time period.

Monitoring operation of a website for a document may include monitoring one or more requests related to the document that is communicated from a device at which the document is accessed. The document may be accessed at a device from a computer system that hosts the website. Monitoring operation of a website for a document may include identifying each response by a computer system to which the request(s) were communicated. A second threshold for monitoring operation of a document may include a response threshold for communication with the computer system that hosts the website. Determining whether the second threshold is satisfied includes determining whether the response threshold is satisfied upon receiving the response from the computer system that hosts the website.

At block **710**, event data may be generated for a time period based on the interaction(s) and/or operations of document(s) that are monitored. For example, event data may be generated based on operation of a document that is monitored at block **706** and based on one or more interactions that are detected at block **702**.

In at least one embodiment, the event data includes information (e.g., first information) about one or more interactions that are detected. The event data may be generated to include the information. Flowchart **700** may include determining interaction information about the one or more detected interactions with the electronic document. The one or more interactions may be with an interactive element of the electronic document. The interaction information may indicate a location of the one or more detected interactions on a display of the electronic document. The interaction information may include a location or a position (e.g., coordinates) and/or a number of selections corresponding to input to a graphical user interface (GUI) the one or more interactions that are detected with a document. The interaction information may be based on the user-defined data. For example, the interaction information may include the information that was input into an element rendered with the document. Techniques for determining the interaction information are disclosed with reference to Section II "Techniques for Detecting Events Related to Interaction With and/or Operation of a Website." The interaction information may be included in the first information of the event data.

In at least one embodiment, the event data includes information (e.g., second information) about operation of a website, or one or more documents of the website, that are monitored. Flowchart **700** may include determining second information. Second information may include information in the one or more requests that are monitored. Second information may include information about detected errors in execution of an instance of instructions. Second information

US 10,656,984 B2

25                                          26

may include information about errors that are detected from or based on interactions that are detected.

In at least one embodiment, the event data includes information identifying a location of an electronic document for which interactions are detected and/or operation is monitored. Flowchart **700** may include identification a location of an electronic document that is monitored for operation and that is monitored to detect interactions. The location may be identified based on the source from which a document was obtained. For example, the location may be identified as the uniform resource information (URI) (e.g., a uniform resource locator (URL)) for the document. The location information may be included in the first information of the event data.

In at least one embodiment, the event data includes session information for the one or more detected interactions with the website. Flowchart **700** may include determining session information for accessing the website. The session information may be determined for the time period during which threshold(s) are satisfied.

Generating event data may include determining a classification of operation for a website based on monitoring the operation of the website and/or detecting one or more interaction(s) with document(s) of the website. Flowchart **700** may include computing a value (e.g., a first value) based on applying a weight (e.g., a first weight) to a measure of the one or more interactions detected in the time period. The measure of the one or more interactions may be a count of the total number of interactions or specific types of interactions. The weight may be based on the significance given to the interactions with respect to the type of event to be detected. The value may be an aggregate of the different measures of types of interactions, each being weighted. The value may be an average measure or a total measure of the interactions.

Flowchart **700** may include computing a value (e.g., a second value) based on applying a weight (e.g., a second weight) to a measure of operation monitored for the electronic document. Depending on the operation being monitored, the measure may be representative of a number of occurrence of the operation being monitored. Multiple measures, each with a respective weight, may be considered for the value for operation of a website. The weight may be based on the significance given to the operations with respect to the type of event to be detected. The value may be an aggregate of the different measures of types of operations that are monitored, each being weighted. The value may be an average measure or a total measure of the operations. Flowchart **700** may include determining a classification for operation of a website, or specifically classification of one or more documents of the website based on the value(s) computed based on the measure of the operations that are monitored.

Flowchart **700** may include determining a classification of operation of a website, or specifically one or more documents of a website based on one or more of the values that are computed according to the measure(s) of the operation of and/or interaction with the website. The classification may be based on the values in combination. The classification may be based on a scale of values, which represent different classifications on status of operation of a website. The classification may be indicative of or used to determine whether the operation of and/or interaction with the website is a frustration event. Severity of frustration can be assessed based on the classification which is determined considering different weights for the values used to compute those values. The classification may be based on assessment using multiple scales, each of the scales corresponding to each of the values computed. The classification may be defined based on one or more thresholds which are defined by the values, of which the combination dictates the classification.

In some embodiments, monitoring interaction and monitoring operation of a website may be dependent on each other. For example, one or more interactions are detected with the electronic document of a website. The interactions may initiate execution of an instance of a set of instructions (e.g., embedded code) for the document. Monitoring operation of the website for the electronic document may include detecting an error with the execution of the instance of the set of instructions in response to the interaction(s). The first threshold for the detected interactions may be a frequency of the interactions, and the second threshold may be a duration of time between the interaction(s) and detection of one or more errors with execution of the instance of the set of instructions. Flowchart **700** may include detecting data about the interaction with the electronic document. The information included in the event data may include the data detected about the one or more detected interactions. Event data may include error information about the detected errors.

At block **712**, event data generated at block **710** is sent to a computer system (e.g., a server computer). The computer system may be associated with an operator of a website which is monitored. The event data may be used by the computer system to adjust operation of the website by the computer system. Information in the event data may be displayed at the computer system to provide an indication as to the operation of a website. In some embodiments, the operation of the website, or specific documents rendered for the website may be altered to address issues based on satisfying a threshold. The website may provide information in the event data and/or communicate the information to client devices to inform users about operation of the website.

IV. General Computer System

Any of the computer systems mentioned herein may utilize any suitable number of subsystems. Examples of such subsystems are shown in FIG. **8** in computer apparatus **10**. In some embodiments, a computer system includes a single computer apparatus, where the subsystems can be the components of the computer apparatus. In other embodiments, a computer system can include multiple computer apparatuses, each being a subsystem, with internal components. A computer system can include desktop and laptop computers, tablets, mobile phones and other mobile devices.

The subsystems shown in FIG. **8** are interconnected via a system bus **75**. Additional subsystems such as a printer **74**, keyboard **78**, storage device(s) **79**, monitor **76**, which is coupled to display adapter **82**, and others are shown. Peripherals and input/output (I/O) devices, which couple to I/O controller **71**, can be connected to the computer system by any number of means known in the art such as input/output (I/O) port **77** (e.g., USB, FireWire®). For example, I/O port **77** or external interface **81** (e.g. Ethernet, Wi-Fi, etc.) can be used to connect computer system **10** to a wide area network such as the Internet, a mouse input device, or a scanner. The interconnection via system bus **75** allows the central processor **73** to communicate with each subsystem and to control the execution of instructions from system memory **72** or the storage device(s) **79** (e.g., a fixed disk, such as a hard drive or optical disk), as well as the exchange of information between subsystems. The system memory **72** and/or the storage device(s) **79** may embody a computer readable medium. Another subsystem is a data collection device **85**, such as a camera, microphone, accelerometer, and

US 10,656,984 B2

27                                                                 28

the like. Any of the data mentioned herein can be output from one component to another component and can be output to the user.

A computer system can include a plurality of the same components or subsystems, e.g., connected together by external interface **81** or by an internal interface. In some embodiments, computer systems, subsystem, or apparatuses can communicate over a network. In such instances, one computer can be considered a client and another computer a server, where each can be part of a same computer system. A client and a server can each include multiple systems, subsystems, or components.

It should be understood that any of the embodiments of the present disclosure can be implemented in the form of control logic using hardware (e.g. an application specific integrated circuit or field programmable gate array) and/or using computer software with a generally programmable processor in a modular or integrated manner. As used herein, a processor includes a single-core processor, multi-core processor on a same integrated chip, or multiple processing units on a single circuit board or networked. Based on the disclosure and teachings provided herein, a person of ordinary skill in the art will know and appreciate other ways and/or methods to implement embodiments of the present disclosure using hardware and a combination of hardware and software.

Any of the software components or functions described in this application may be implemented as software code to be executed by a processor using any suitable computer language such as, for example, Java, C, C++, C#, Objective-C, Swift, or scripting language such as Perl or Python using, for example, conventional, functional, and/or object-oriented techniques. The software code may be stored as a series of instructions or commands on a computer readable medium for storage and/or transmission, suitable media include random access memory (RAM), a read only memory (ROM), a magnetic medium such as a hard-drive or a floppy disk, or an optical medium such as a compact disk (CD) or DVD (digital versatile disk), flash memory, and the like. The computer readable medium may be any combination of such storage or transmission devices.

Such programs may also be encoded and transmitted using carrier signals adapted for transmission via wired, optical, and/or wireless networks conforming to a variety of protocols, including the Internet. As such, a computer readable medium according to an embodiment of the present disclosure may be created using a data signal encoded with such programs. Computer readable media encoded with the program code may be packaged with a compatible device or provided separately from other devices (e.g., via Internet download). Any such computer readable medium may reside on or within a single computer product (e.g. a hard drive, a CD, or an entire computer system), and may be present on or within different computer products within a system or network. A computer system may include a monitor, printer, or other suitable display for providing any of the results mentioned herein to a user.

Any of the methods described herein may be totally or partially performed with a computer system including one or more processors, which can be configured to perform the steps. Thus, embodiments can be directed to computer systems configured to perform the steps of any of the methods described herein, potentially with different components performing a respective steps or a respective group of steps. Although presented as numbered steps, steps of methods herein can be performed at a same time or in a different order. Additionally, portions of these steps may be used with portions of other steps from other methods. In addition, all or portions of a step may be optional. Additionally, any of the steps of any of the methods can be performed with modules, circuits, or other means for performing these steps.

The features and advantages described in the detailed description are not all inclusive and, in particular, many additional features and advantages will be apparent to one of ordinary skill in the art in view of the drawings, detailed description, and claims. Moreover, it should be noted that the language used in the detailed description has been principally selected for readability and instructional purposes, and may not have been selected to delineate or circumscribe the inventive subject matter.

Note that in this description, references to "one embodiment," "an embodiment" or "some embodiments" mean that the feature being referred to is included in at least one embodiment of the present disclosure. Further, separate references to "one embodiment" or "some embodiments" in this description do not necessarily refer to the same embodiment(s); however, neither are such embodiments mutually exclusive, unless so stated and except as will be readily apparent to those skilled in the art. Thus, the present disclosure can include any variety of combinations and/or integrations of the embodiments described herein. However, other embodiments of the present disclosure may be directed to specific embodiments relating to each individual aspect, or specific combinations of these individual aspects.

Upon reading this detailed description, those of skill in the art will appreciate still additional alternative structural and functional designs for a system and method for compact data storage of network traffic and efficient search through the disclosed principles of the present disclosure. Thus, while particular embodiments and applications of the present disclosure have been illustrated and described, it is to be understood that the present disclosure is not limited to the precise construction and components disclosed herein and that various modifications, changes and variations which will be apparent to those skilled in the art may be made in the arrangement, operation and details of the method and apparatus of the present disclosure disclosed herein without departing from the spirit and scope of the present disclosure as defined in the appended claims.

A recitation of "a", "an" or "the" is intended to mean "one or more" unless specifically indicated to the contrary. The use of "or" is intended to mean an "inclusive or," and not an "exclusive or" unless specifically indicated to the contrary.

All patents, patent applications, publications, and descriptions mentioned herein are incorporated by reference in their entirety for all purposes. None is admitted to be prior art.

What is claimed is:

1. A computer-implemented method comprising:

receiving, by an event detection system, interaction data from a detection agent executing on a client device, the interaction data corresponding to one or more user interactions detected with an electronic document rendered on a website;

determining, by the event detection system, whether a first threshold for interaction with the website is satisfied based on the one or more user interactions detected with the electronic document;

monitoring, by the event detection system, communications between the client device and a web server providing web content to the client device, the communications corresponding to the operation of the website on the client device, wherein monitoring the communications between the client device and the web server corresponding to the operation of the website

US 10,656,984 B2

29                                                                      30

includes detecting a change in a document object model (DOM) object of the website, wherein the electronic document is structured based on the DOM object of the website;

determining, by the event detection system, whether a second threshold for operation of the website is satisfied based on the monitored communications between the client device and the web server, wherein the second threshold is related to a DOM change, and wherein determining whether the second threshold for operation of the website is satisfied based on the monitored communications includes determining whether the detected change in the DOM object satisfies the second threshold; and

in response to determining that the first threshold is satisfied during a time period and that the second threshold is satisfied during the time period:

(a) generating, by the event detection system, event data for the time period based on the one or more user interactions with the electronic document during the time period and the monitored communications between the client device and the web server during the time period; and

(b) sending, by the event detection system, to a server computer associated with an operator of the website, the event data.

**2**. The computer-implemented method of claim **1**, wherein generating the event data comprises:

computing a first value based on applying a first weight to a measure of the one or more user interactions detected with the electronic document during the time period;

computing a second value based on applying a second weight to a measure of one or more communications between the client device and a web server corresponding to the operation of the website during the time period; and

determining a classification of the operation for the website based on the first value and the second value.

**3**. The computer-implemented method of claim **1**, wherein monitoring communications between the client device and a web server corresponding to the operation of the website comprises:

identifying a source location of the electronic document; and

determining session information for accessing the website by the client device.

**4**. The computer-implemented method of claim **1**, wherein the one or more detected user interactions include one or more user interactions with an interactive element of the electronic document, and wherein the generation of the event data is based on a location of the one or more detected user interactions on a display of the electronic document.

**5**. The computer-implemented method of claim **1**, wherein the first threshold for interaction with the web site is based on a measure of one or more user interactions with the electronic document.

**6**. The computer-implemented method of claim **1**, wherein the electronic document is a first electronic document, wherein the one or more detected user interactions with the electronic document includes a first user interaction with an element of the first electronic document during the time period and a second user interaction with the element during the time period, wherein the first user interaction initiates a first request for a second electronic document of the website identified, and wherein the second user interaction initiates a second request for the second electronic

document in response to the second electronic document not being received for the first request during the time period.

**7**. The computer-implemented method of claim **1**, wherein the one or more user interactions corresponds to an input to an element of the electronic document;

wherein the method further comprises:

determining that the input includes a user-defined data, wherein the generated event data is based on the user-defined data.

**8**. The computer-implemented method of claim **1**, wherein monitoring the communications between the client device and the web server corresponding to the operation of the website comprises:

monitoring one or more requests that are related to the electronic document and that were communicated from the client device to the web server that hosts the website;

identifying a response received from the web server based on monitoring the one or more requests;

wherein the second threshold includes a response threshold for communication with the web server, and wherein determining whether the second threshold is satisfied includes determining, based on the response, whether the response threshold is satisfied upon receiving the response from the web server.

**9**. The computer-implemented method of claim **8**, further comprising:

determining information in the one or more requests that are monitored, wherein the generated event data includes the information.

**10**. The computer-implemented method of claim **1**, wherein the one or more detected user interactions with the electronic document includes a first interaction initiating execution of an instance of a set of instructions;

wherein monitoring communications between the client device and the web server corresponding to the operation of the website comprises: detecting an error with the execution of the instance of the set of instructions in response to the first interaction; and

wherein the second threshold is a duration of time between the first interaction and detection of the error with the execution of the instance of the set of instructions.

**11**. The computer-implemented method of claim **10**, further comprising:

detecting data about the first interaction with the electronic document, wherein generation of the event data includes the detected data about the first interaction and includes error information about the detected error.

**12**. The computer-implemented method of claim **1**, wherein monitoring communications between the client device and the web server corresponding to the operation of the website comprises determining an amount of requests to load the electronic document for the website, and wherein the second threshold includes a threshold amount of requests to load one or more electronic documents of the website.

**13**. The computer-implemented method of claim **1**, wherein the event detection system is implemented at the client device.

**14**. A system, comprising:

one or more processors; and

a memory accessible to the one or more processors, the memory comprising instructions that, when executed by the one or more processors, cause the one or more processors to:

receive interaction data from a detection agent executing on a client device, the interaction data corre-

US 10,656,984 B2

31                                                                                                  32

sponding to one or more user interactions detected
with an electronic document rendered on a website;
determine whether a first threshold for interaction with
the website is satisfied based on the one or more
detected user interactions;
monitor communications between the client device and
a web server providing web content to the client
device, the communications corresponding to the
operation of the website on the client device,
wherein monitoring the communications between
the client device and the web server corresponding to
the operation of the website includes detecting a
change in a document object model (DOM) object of
the website, wherein the electronic document is
structured based on the DOM object of the website;
determine whether a second threshold for operation of
the website is satisfied based on the monitored
communications between the client device and the
web server, wherein the second threshold is related
to a DOM change, and wherein determining whether
the second threshold for operation of the website is
satisfied based on the monitored communications
includes determining whether the detected change in
the DOM object satisfies the second threshold; and
in response to determining that the first threshold is
satisfied during a time period and that the second
threshold is satisfied during the time period:
  (a) generate event data for the time period based on
  the one or more detected user interactions and the
  monitored communications between the client
  device and the web server during the time period;
  and
  (b) send, to a server computer associated with an
  operator of the website, the event data.

**15**. The system of claim **14**, wherein monitoring communications between the client device and a web server corresponding to the operation of the website comprises:
identifying a source location of the electronic document;
and

determining session information for accessing the website
by the client device.

**16**. The system of claim **14**, wherein the one or more detected user interactions include one or more user interactions with an interactive element of the electronic document, and wherein the generation of the event data is based on a location of the one or more detected user interactions on a display of the electronic document.

**17**. The system of claim **14**, wherein monitoring the communications between the client device and the web server corresponding to the operation of the website comprises:
monitoring one or more requests that are related to the
electronic document and that were communicated from
the client device to the web server that hosts the
website; and
identifying a response received from the web server based
on monitoring the one or more requests,
wherein the second threshold includes a response threshold for communication with the web server, and
wherein determining whether the second threshold is
satisfied includes determining, based on the response,
whether the response threshold is satisfied upon receiving the response from the web server.

**18**. The system of claim **14**, wherein the one or more detected user interactions with the electronic document includes a first interaction initiating execution of an instance of a set of instructions;
wherein monitoring communications between the client
device and the web server corresponding to the operation of the website comprises: detecting an error with
the execution of the instance of the set of instructions
in response to the first interaction; and
wherein the second threshold is a duration of time
between the first interaction and detection of the error
with the execution of the instance of the set of instructions.

\* \* \* \* \*

# Exhibit B



# Frequently Asked Questions

Have a question about our platform? Here are answers to the questions that we hear most.

## Product Capabilities

**What kind of data do you capture?**                                                                −

Quantum Metric performs a full session, replay capture. This includes page hits, mouse movements, scrolling, typing, dozens of out-of-the-box errors and events, API calls, etc. In the event that you need to collect anything else, Quantum Metric's event engine can capture just about anything that you need to understand the user experience and inform product improvements!

**How much of your struggle or error detection is out-of-the-box?**                                 −

Quantum Metric has dozens of automatic detection techniques to identify experience interactions, errors, and struggle. Additionally, we can easily add custom events or errors in our UI with no code changes needed in your application.

**Are you able to follow user sessions across devices?**                                            −

Yes, Quantum Metric can capture and follow users sessions across devices so long as there's a user identifier, such as an email address or unique ID.

**We're not a retailer so what do you mean by conversion?**                                         −

If you have a user workflow that delivers value to your business, then you likely care about that workflow's conversion rate. This could be a bank funds transfer, resetting a password, or getting an insurance quote. All of these have an economic impact on the business and we instantly quantify that impact to help your teams prioritize.

**Exhibit B**
**31**

INTERNET ARCHIVE
WayBackMachine

https://www.quantummetric.com/faq/   Go   SEP  OCT  NOV
26 captures                                                30
2 Apr 2020 - 24 Jan 2021                              2019 2020 2021

**Quantum**Metric        WHAT IS CPD?   PLATFORM   SOLUTIONS   CUSTOMERS   PARTNERS   RESOURCES   COMPANY        GET A DEMO >

---

What is Google BigQuery and what benefit does it have?                                                          −

Google BigQuery is a highly scalable and secure enterprise data warehouse that is leveraged by Quantum
Metric to store your data. It provides the ability to query petabytes of data to uncover meaningful insights in
seconds. Additionally, Quantum Metric provides customers with direct access to their BigQuery instance to
run their own queries or integrate it into an existing BI tool like Looker, Tableau, Domo, etc.

---

# Implementation

Will Quantum Metric work on our site or native app?                                                             −

Yes. Quantum Metric supports both web and native mobile applications on both Android and iOS. We work
out of the box with all modern dynamic content sites, including Single Page Apps (i.e., REACT, Angular,
Backbone, etc), WebComponents, JQuery, AJAX, HTTP/2, HTTPS, SPDY, HTML5, and more.

---

How do we install Quantum Metric and how long will it take?                                                     −

Our tag is a small JavaScript snippet that you can deploy via a tag manager like Adobe Launch, Google Tag
Manager, Tealium, Ensighten, etc. For native apps, it's a native library and one line of code to add the SDK to
your application. It can literally take just a few minutes to install and you can start seeing value almost
immediately!

---

What impact to site performance will Quantum Metric have?                                                       −

No, our performance impact is imperceptible to end users. The Quantum Metric tag won't block your pages
and starts processing after the page is ready or interactive for your users. Additionally, everything captured by
Quantum Metric is compressed and sent in small, asynchronous batches, and therefore doesn't affect the
user experience or load of other resources.

---

Which teams do customers usually deploy to first?                                                               −

Enabling cross-team collaboration is a key strength of Quantum Metric. The teams you deploy to first will
depend on your business priorities. We can help you make this decision and share reference stories too.
Technical teams like engineering, IT Ops, DevOps, and QA love Quantum Metric because we offer all the

Document title: FAQ - Quantum Metric
Capture URL: http://web.archive.org/web/20201030012845/https://www.quantummetric.com/faq/
Capture timestamp (UTC): Mon, 08 Feb 2021 19:05:26 GMT

Page 2 of 4

INTERNET ARCHIVE WaybackMachine    https://www.quantummetric.com/faq/    Go    SEP OCT NOV    30    2019 2020 2021
26 captures
2 Apr 2020 - 24 Jan 2021    About this capture

**Quantum**Metric    WHAT IS CPD?    PLATFORM    SOLUTIONS    CUSTOMERS    PARTNERS    RESOURCES    COMPANY    GET A DEMO >

Technical teams like engineering, IT Ops, DevOps, and QA love Quantum Metric because we offer all the network and technical diagnostics they need to reproduce and diagnose issues. But the beauty of Quantum Metric is that business users across e-commerce, product, UX, support, and marketing will also love using Quantum Metric to help make data-driven decisions.

# Data Security

### Is Quantum Metric GDPR-compliant?    –

Yes. When is comes to GDPR and privacy, there are typically two options: 1) Complete removal: Some of our enterprise customers have no need to collect PII data. In such cases, Quantum Metric removes all personally identifiable information 2) Pseudonymization: Substitute sensitive, identifiable data in such a way that additional information is required to re-identify the data subject. With Quantum Metric, sensitive information is encrypted at the time of capture from the bulk of the data, a process specifically encouraged by the GDPR. Only Quantum Metric customers have the private key needed to re-identify users in the event of fraud, etc. When a user is re-identified, this is captured in the Quantum Metric GDPR audit logs.

### How does Quantum Metric secure and protect customer data?    –

We are serious about security. Quantum Metric never collects sensitive data like passwords or credit card numbers. Additionally, you have full control over what is or is not captured by Quantum Metric, and it's enforced on the user's device. For data that does need to be captured, Quantum Metric secures the data with encryption. Only the Quantum Metric customer has access to the private key to decrypt the data. Finally, all collected data is sent over HTTPS and stored on encrypted disks.

# Integrations

### How are you different than traditional analytics platforms such as Adobe and Google Analytics?    –

Many of our customers use us with Adobe or Google Analytics because we complement each other very well. Our key differences are: 1) We give you real-time visibility into all behavioral, technical, and segment data. 2) We answer the "why" with qualitative feedback from session replays. 3) We automatically prioritize opportunities by impact to users, conversion, and revenue.

**Exhibit B**
**33**



## Integrations

**How are you different than traditional analytics platforms such as Adobe and Google Analytics?** —

Many of our customers use us with Adobe or Google Analytics because we complement each other very well. Our key differences are: 1) We give you real-time visibility into all behavioral, technical, and segment data. 2) We answer the "why" with qualitative feedback from session replays. 3) We automatically prioritize opportunities by impact to users, conversion, and revenue.

**What other solutions do you integrate with?** —

Check out our Partners page if you haven't already! We have very simple two-way integrations with many, if not most, ecosystem solutions. This includes CX, Experimentation/Personalization, Data Platforms, Marketing Analytics, Performance Monitoring, and Collaboration solutions.



Document title: FAQ - Quantum Metric
Capture URL: http://web.archive.org/web/20201030012845/https://www.quantummetric.com/faq/
Capture timestamp (UTC): Mon, 08 Feb 2021 19:05:26 GMT

**Exhibit B**
**34**



# Data Capture

We provide three capture options that occur on your customers' devices.



## Capture

For most web pages or app views, the data we capture is relatively harmless. For example, data that's displayed on a product detail page is already public. Or, a text string that a user enters into a search field isn't sensitive.

Do Not Capture



## Do Not Capture

However, there are clear situations when sensitive data should not be captured, for example, personally identifiable information (PII) such as social security numbers or **PCI DSS** data such as credit card numbers. Out of the box, Quantum Metric automatically blocks capture of sensitive data, and you can easily set up additional data that should never be captured. Meaning: Sensitive data is *never* captured.



## Encrypt

There are some situations when sensitive data needs to be captured, for example, a user's name and address or a purchase order number. However, to protect identifiable data and stay compliant with **GDPR** and **CCPA**, we use public / private key pair encryption, and *only you* own the private key to decrypt sensitive data. This technique, known as pseudonymization, is recommended by GDPR and CCPA.

## Data in Flight

Once data is captured, it's sent encrypted via a forward secrecy SSL connection, to the Quantum Metric cloud service, hosted in a secured Google Compute cloud. Our certificates are 2048 bit RSA, signed with SHA256.

## Data at Rest

Data is stored in the Google Cloud Platform (GCP) region closest to your location. Additionally, Google uses the Advanced Encryption Standard (AES256) algorithm to encrypt data at rest. For detailed information about Google's security, please visit **https://cloud.google.com/security**.





compliant with GDPR and CCPA.

**GET THE WHITE PAPER >**

### Single sign-on (SSO)

Access to data within our platform can be restricted via Single-Sign-On (OpenID and SAML 2.0) to ensure that only specific team members have the ability to view user data. In addition, we provide the ability to audit all attempts to access user data and track reasons for access.

### Role-based access control (RBAC)

Our Teams functionality provides role-based permissions to simplify user management while ensuring full control over sensitive data and compliance with GDPR, CCPA, etc.



# See Continuous Product Design in Action

Watch an on-demand demo for a quick look into the platform or request a personalized live demo.

**WATCH A DEMO >**

Document title: Data Privacy and Security - Quantum Metric
Capture URL: https://web.archive.org/web/20201020065045/https://www.quantummetric.com/data-privacy-and-security/
Capture timestamp (UTC): Mon, 08 Feb 2021 19:56:54 GMT



# See Continuous Product Design in Action

Watch an on-demand demo for a quick look into the platform or request a personalized live demo.

**WATCH A DEMO >**

| WHAT IS CPD? | PLATFORM | SOLUTIONS | CUSTOMERS | RESOURCES | COMPANY | |
|---|---|---|---|---|---|---|
| | **Industries** | | Referral Program | Use Cases | Our Story | SEE A DEMO > |
| Overview | Retail | | | Blog | Careers | |
| Foundations | Financial Services | | | Library | In the News | |
| FAQs | Travel | | | | Contact Us | LOGIN |
| | Telecom | | | | | SUPPORT |
| | **Teams** | | | | | |
| | Product | | | | | |
| | IT Operations | | | | | |
| | Analytics | | | | | |
| | Customer Experience | | | | | |
| | Outcomes | | | | | |
| | Success and Services | | | | | |

© Quantum Metric, Inc. All rights reserved.   Privacy Policy  |  Terms of Use  |  EULA  |  Patents   The Quantum Metric® word mark is a registered trademark of Quantum Metric, Inc.

Document title: Data Privacy and Security - Quantum Metric
Capture URL: https://web.archive.org/web/20201020065045/https://www.quantummetric.com/data-privacy-and-security/
Capture timestamp (UTC): Mon, 08 Feb 2021 19:56:54 GMT

**Exhibit B**

**39**

# Exhibit C



US010146752B2

(12) **United States Patent**
Ciabarra, Jr. et al.

(10) Patent No.:  **US 10,146,752 B2**
(45) Date of Patent:  **Dec. 4, 2018**

(54) **ACCURATE AND EFFICIENT RECORDING OF USER EXPERIENCE, GUI CHANGES AND USER INTERACTION EVENTS ON A REMOTE WEB DOCUMENT**

(71) Applicant: **Quantum Metric, LLC**, Monument, CO (US)

(72) Inventors: **Mario Luciano Ciabarra, Jr.**, Colorado Springs, CO (US); **Yiduo Wang**, Portland, OR (US)

(73) Assignee: **Quantum Metric, LLC**, Monument, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 129 days.

(21) Appl. No.: **14/984,102**

(22) Filed: **Dec. 30, 2015**

(65) **Prior Publication Data**
US 2016/0188548 A1    Jun. 30, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/098,951, filed on Dec. 31, 2014.

(51) Int. Cl.
*G06F 3/00*       (2006.01)
*G06F 17/22*      (2006.01)
*G06F 17/30*      (2006.01)

(52) U.S. Cl.
CPC ...... *G06F 17/2247* (2013.01); *G06F 17/2205* (2013.01); *G06F 17/2211* (2013.01); *G06F 17/30896* (2013.01)

(58) **Field of Classification Search**
CPC ............. G06F 17/2247; G06F 17/2205; G06F 17/2211; G06F 17/30896
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,765,173 A | 6/1998 | Cane et al. | |
| 5,794,254 A | 8/1998 | Mcclain | |
| 7,383,496 B2 | 6/2008 | Fukuda | |
| 7,437,364 B1 | 10/2008 | Fredricksen et al. | |
| 7,565,423 B1 | 7/2009 | Fredricksen | |
| 7,587,398 B1 | 9/2009 | Fredricksen et al. | |
| 7,640,262 B1 | 12/2009 | Beaverson et al. | |
| 7,657,517 B2 | 2/2010 | Brown et al. | |
| 7,734,826 B2 | 6/2010 | Brown et al. | |
| 7,844,580 B2 | 11/2010 | Srivastava et al. | |
| 8,224,964 B1 | 7/2012 | Fredrickson et al. | |
| 8,423,616 B2 | 4/2013 | Pouzin et al. | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 15/212,569, "Non Final Office Action", dated May 23, 2018, 37 pages.

*Primary Examiner* — Kyle R Stork
*(74) Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

The present disclosure describes how to capture events (e.g., changes and user interactions) of a Web document and combine those changes with the original DOM displayed to accurately and efficiently enable a replay engine to redisplay the DOM, changes, and user interactions which occurred within a user's browser. The data collected from a client-side HTML DOM capture engine can be combined with a minimal amount of contextual information to a replay engine so as to accurately and efficiently replay a session of a plurality of web documents.

**16 Claims, 13 Drawing Sheets**



**Exhibit C**
**40**

**US 10,146,752 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 8,826,033 B1 | 9/2014 | Krishnaprasad et al. |
| 9,112,826 B2 | 8/2015 | Gero |
| 9,471,285 B1 | 10/2016 | Koohgoli et al. |
| 9,917,894 B2 | 3/2018 | Tripathy et al. |
| 9,946,724 B1 | 4/2018 | Ghosh et al. |
| 9,971,940 B1 | 5/2018 | Sbaiz et al. |
| 2002/0174180 A1 | 11/2002 | Brown et al. |
| 2003/0046260 A1 | 3/2003 | Satyanarayanan et al. |
| 2003/0172066 A1 | 9/2003 | Cooper et al. |
| 2004/0243936 A1 | 12/2004 | Fukuda |
| 2004/0249793 A1 | 12/2004 | Both |
| 2004/0267726 A1 | 12/2004 | Beynon et al. |
| 2005/0066037 A1 * | 3/2005 | Song .................. G06F 17/30861 |
| | | 709/227 |
| 2006/0112150 A1 | 5/2006 | Brown et al. |
| 2007/0130188 A1 | 6/2007 | Moon et al. |
| 2007/0226510 A1 | 9/2007 | Iglesia et al. |
| 2007/0288533 A1 | 12/2007 | Srivastava et al. |
| 2008/0033913 A1 | 2/2008 | Winburn |
| 2008/0091845 A1 | 4/2008 | Mills et al. |
| 2008/0235200 A1 | 9/2008 | Washington et al. |
| 2009/0013414 A1 | 1/2009 | Washington et al. |
| 2009/0177959 A1 * | 7/2009 | Chakrabarti ........ G06F 17/2229 |
| | | 715/234 |
| 2011/0252100 A1 | 10/2011 | Raciborski et al. |
| 2011/0252305 A1 * | 10/2011 | Tschani ............. G06F 17/30899 |
| | | 715/234 |
| 2011/0320880 A1 * | 12/2011 | Wenig ................. G06F 11/3414 |
| | | 714/39 |
| 2012/0016882 A1 | 1/2012 | Tofano |
| 2013/0031056 A1 | 1/2013 | Srivastava et al. |
| 2013/0124472 A1 | 5/2013 | Srivastava |
| 2013/0188926 A1 | 7/2013 | Rajagopalan |
| 2013/0238730 A1 | 9/2013 | Nir et al. |
| 2013/0262567 A1 | 10/2013 | Walker et al. |
| 2013/0275479 A1 | 10/2013 | Thadikaran et al. |
| 2014/0259157 A1 | 9/2014 | Toma et al. |
| 2014/0379823 A1 | 12/2014 | Wilsher et al. |
| 2015/0033120 A1 | 1/2015 | Cooke et al. |
| 2015/0134669 A1 * | 5/2015 | Harris ............... G06F 17/30911 |
| | | 707/741 |
| 2015/0181269 A1 | 6/2015 | Mcmillan |
| 2015/0207837 A1 * | 7/2015 | Guerrera ................. H04L 65/60 |
| | | 709/203 |
| 2015/0261653 A1 | 9/2015 | Lachambre et al. |
| 2015/0286511 A1 * | 10/2015 | Mickens ............... G06F 9/4856 |
| | | 719/320 |
| 2015/0356116 A1 | 12/2015 | Lin et al. |
| 2016/0308941 A1 | 10/2016 | Cooley |
| 2017/0011049 A1 | 1/2017 | Venkatesh et al. |
| 2017/0192876 A1 | 7/2017 | Lachambre et al. |

* cited by examiner

**Exhibit C**
41



100 User
101 Web browser
110 Browser requests
120 Network device on web server subnet
111 Server responses
105 network
114 Network Mirror
130 Web server
116
Captured server-side network traffic
Captured data from client side capture agent
117
115 Server-side capture engine, analysis engine, and web session storage
Title
http://www.website.com
151 Document Object Model (DOM)
152 Embedded client-side capture agent
150 Web document

FIG. 1



DOM loaded in browser
200
Capture agent loaded
201
Capture agent begins monitoring for DOM changes, user interactions
202
Capture agent receives DOM modifications notification event
210
Capture agent identifies and coalesces overlapping node modifications to prevent duplication info
211
Capture agent checks for adjacent text nodes which will be viewed as a single node on replay
212
Capture agent captures user interaction
220
Capture agent uses nearest uniquely identified ancestor DOM element to identify path to event.
213
Capture agent strips sensitive information
230
Capture agent coalesces data
231
Capture agent compresses data
232
Capture agent sends data in chunks to server-side storage and analysis engine
233

FIG. 2



FIG. 3A

Exhibit C
44

Case 5:20-cv-02439-JWH-SHK   Document 19   Filed 02/08/21   Page 49 of 78   Page ID #:162



FIG. 3B

**Exhibit C**
**45**



FIG. 4A

**Exhibit C**
**46**



FIG. 4B

Exhibit C
47



Capture agent receives DOM modifications notification
500
Does notification contains multiple modifications
510
No
Yes
Create list of modified nodes and list of nodes that has had a child added or a child removed
520
Begin iterating list of modified nodes
530
Yes
An ancestor of the current modified node is in the list of parent nodes with a child added or removed
540
No
Prepare data to capture current modification
550
Yes
Ignore duplicate modification
560
Has more iterations of modified node list
570

FIG. 5A

580 Original
document

```
<div id="center_window">
   <div id="response">
      <span>Your application status is:</span>
      <span style="color: blue">pending</span>
   </div>
</div>
```

590 Document after
modifications

```
<div id="center_window">
   <div id="response">
      <span>Your application status is:</span>
      <span style="color: blue">
         <span>Error - Please select from the following options:
            <ol>
               <li><a href="#">Followup Call</a></li>
               <li><a href="#">Send letter in mail</a></li>
            </ol>
         </span>
      </span>
   </div>
</div>
```

# FIG. 5B

Exhibit C
49



# FIG. 6A

Exhibit C
50



FIG. 6B

Exhibit C
51



FIG. 7

Exhibit C
52



Capture agent detects text node modification
800
Is modification between two adjacent text nodes
810
Yes
No
Find the beginning of the contiguous sequence of text nodes that contains the text node preceding the addition
820
Concatenate the text of the contiguous sequence of text nodes
830
Serialize the modification for the position determined and the text determined
840
Concatenate the text of the contiguous sequence of text nodes starting with the text node following the addition
850
Serialize a node addition for a text node at the position of the text node following the addition with the text determined
860
Serialize a node addition for the node to be added
870

FIG. 8



FIG. 9

Exhibit C
54

US 10,146,752 B2

**1**

## ACCURATE AND EFFICIENT RECORDING OF USER EXPERIENCE, GUI CHANGES AND USER INTERACTION EVENTS ON A REMOTE WEB DOCUMENT

### CROSS-REFERENCES TO RELATED APPLICATIONS

The present application claims priority from and is a nonprovisional application of U.S. Provisional Application No. 62/098,951, entitled "ACCURATE AND EFFICIENT RECORDING OF USER EXPERIENCE, GUI CHANGES AND USER INTERACTION EVENTS ON A REMOTE WEB DOCUMENT" filed Dec. 31, 2014, the entire contents of which are herein incorporated by reference for all purposes.

### FIELD

The present disclosure relates generally to capturing dynamic real-time changes to a web document within a browser. More specifically, the present disclosure relates to systems and methods for the remote capture of user interaction events and web document or graphical user interface changes within a web document for user experience analysis, playback, and statistical analysis.

### BACKGROUND

Since the introduction of client-side web technologies such as JavaScript, web documents have become increasingly dynamic, allowing users to interact directly with the web document without the browser making time-consuming requests to a server for each content change. Interacting with a data table to sort columns or filter data, changes to the Document Object Model (DOM) element opacity/location/dimensions/content, and asynchronously fetching and displaying data are just some examples of how web documents have become progressively richer with dynamic content and interactions.

Because web document content can be modified within the user's browser, website developers and providers do not have a clear insight into how their audience is using and interacting with the web documents or web applications. Despite having created the web document content, but because of the large amount of permutations of how users can interact with an individual document or groups of documents, providers, designers, operators, and web document creators seek an accurate and efficient way to capture how users interact with their web documents to playback and analyze the remote interactions. Traditionally, the network to desktop browsers was viewed as reliable and adhering to fairly consistent and predictable performance patterns. In the new environment where users increasingly access data from any device, and over widely varying network conditions, the proposition that performance is consistent is no longer valid. Users may see only partial content before getting frustrated and leaving a page or website. They may get frustrated due to content that does not even come from the primary website, but instead is sourced from Content Distribution Networks or external advertising or social media sites.

Products can capture graphical user interface changes on a remote web document. Current capture systems have approached analysis of remote web document events first using log files, and later using either server-side packet capture systems or a client-side capture agent communicat-

**2**

ing with a server-side storage and analysis system. An advantage exists in combining the server-side packet capture and client-side capture agent, as both capture overlapping data, and the most recent art has not been able to make efficient use of combining the two methods.

Attempts to keep a client-side capture agent's data in sync with a replay engine have met various challenges, such as client-side plugins or server-delivered scripts that modify the DOM prior to document load completion and changes to adjacent text nodes resulting in a merging of a node during replay. To compensate for these challenges, systems have been required to send a new copy of the entire DOM or HTML as viewed by the remote browser back to the server-side web session storage and analysis engine, sometimes more than once on a single document to "sync" the replay engine with the actual document being viewed remotely with the client-side capture agent. However, this inefficiency of sending the full HTML from the client both consumes additional client bandwidth and can slow other interactions, for example, the client web browser fetching the next document or new data.

Products can also capture user interaction events on a remote web document. Specifically with respect to capturing mouse clicks and mouse movement, systems have approached tracking of these type of events by capturing the Cartesian coordinates where a mouse moves, and the Cartesian coordinates of where a user performs mouse clicks. This has been moderately effective in the past. However, as the number of devices used to access web documents increase and the number of varying screen displays increases, web designers have transitioned to a more dynamic, or responsive, document design, where the content layout changes dynamically based on the client's screen size. As such, simply capturing Cartesian coordinates is ineffective and inaccurate at helping web operators and designers analyze how users interact with their document, as the results are not clear with respect to what the user clicked or what content a mouse went over, in, or out of.

Therefore, it is desirable to provide new techniques that address these and other problems.

### BRIEF SUMMARY

Embodiments provide systems, methods, and apparatuses to accurately and efficiently capture events of a Web document at a client device and send the events to a server-side capture engine, which can combine the events to reassemble the events. For example, user interface and user interaction events on a remotely displayed web document can be reassembled for the purpose of playback and analysis.

In some embodiments, only minimal DOM node modifications are sent without sending the entire DOM tree, while ensuring the DOM model is accurately represented in the server-side storage and analysis system. Additionally, user interaction events such as mouse moving, scrolling, mouse clicks, and keyboard entries can be sent using unique DOM identifiers to accurately playback the events with respect to the content elements that occurred on a remote browser. Embodiments can address many challenges with the complete, yet minimal, capture set required for accurate playback and analysis of user interface and user interaction events, with efficient use of network communication.

Other embodiments are directed to systems and computer readable media associated with methods described herein.

**Exhibit C**

**55**

US 10,146,752 B2

**3**

A better understanding of the nature and advantages of embodiments of the present invention may be gained with reference to the following detailed description and the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates the architectural components according to embodiments.

FIG. **2** depicts an example workflow of one embodiment of the client-side capture agent.

FIG. **3A** depicts an example embodiment workflow for how embodiments can uniquely identify a DOM node in the DOM tree.

FIG. **3B** illustrates an example HTML modification.

FIG. **4A** illustrates an example embodiment workflow for calculating a node index.

FIG. **4B** illustrates an example embodiment workflow for calculating a node index by counting only the child nodes of the same type as the target node.

FIG. **5A** depicts an example embodiment workflow for how embodiments can prevent transmission of overlapping modification notifications.

FIG. **5B** illustrates an example HTML modification with multiple node modifications.

FIG. **6A** illustrates an example embodiment workflow for how embodiments can address DOM text node modifications for text nodes which have adjacent text nodes.

FIG. **6B** illustrates an example HTML change with adjacent text nodes.

FIG. **7** illustrates an example embodiment workflow for calculating a canonical node index.

FIG. **8** illustrates an example embodiment workflow for serialization of a DOM node addition modification that occurs between two adjacent text nodes.

FIG. **9** shows a block diagram of an example computer system **10** usable with system and methods according to embodiments of the present invention.

DETAILED DESCRIPTION

Efficient and accurate capture of user interactions and graphical user interface changes is needed for playback and analysis of web document sessions. There has been a large shift towards access via tablet, mobile, and other non-desktop devices over the last five years. Existing methods do not recognize the unique challenges of capturing and recording user interaction data in this new reality. Embodiments of the present invention have several new innovations that address the challenges of a multi-device reality. In addition, many sites now rely on advertising and/or social media for a substantial portion of the business value. Existing methods also fail to recognize this requirement, and do not provide any insight into how external content is impacting what the user encounters.

Methods and systems for accurate and efficient capture of a web document graphical user interface events (e.g., changes and user interactions) are described. Embodiments can address the inefficiency of sending the entire DOM or HTML by only sending the necessary DOM changes back to the server, and suppressing duplicate information. Embodiments can also address inaccuracies in capturing user interactions by sending specific DOM node identifiers as part of identifying mouse movements and mouse clicks. Some embodiments can replay without any prior configuration or instrumentation of the server-side DOM capture engine.

**4**

Embodiments can record everything sent from both sides, both from the server and the client for a specific IP address. One can then pull up the page that the user actually saw (and thus display the page that the user saw) and replay the steps and interactions the user took (e.g., a stock trade for a financial company). The determination of the actual displayed page can be done even for dynamic web pages. This can be done by listening to those changes and sending the changes back to a server in an efficient manner. Embodiments can link the DOM originally sent by the server with small changes and user interactions on the front end.

I. System

FIG. **1** illustrates a generalized example of a computing environment, or high level technical architecture components, used to capture and store web replay data. One or more of the below-described techniques may be implemented in or involve one or more computer systems. The computing environment in FIG. **1** is not intended to suggest any limitation as to scope of use or functionality of described embodiments.

A web session may begin with a user **100** on a web browser **101** initiating the browser request **110** for a web document **150** from a web server **130**. As the request is sent to the web server **130**, the request may travel through a collective of routers across a network **105**. The web server **130** may reside behind a network device **120**, such as a load balancer, switch, or router.

In one embodiment, the traffic between the user **100** and web server **130** may be network mirrored **114** to the server-side capture engine **115**. The server-side capture engine **115** may exist within the web server **130**. In an embodiment where the web server **130** is operating in a cloud environment without administrative control of the network device **120**, the web server **130** may copy and forward its packets to the server-side capture engine **115**. In another embodiment, the client-side capture agent may send the DOM to the server-side capture engine directly.

Once the web server **130** has received the request, web server **130** may transmit a response **111** through the network device **120** and the network **105** for return to the user **100** web browser **101**. The web server **130** may include within the response the HTML Document Object Model (DOM) **151** and an embedded client-side capture agent **152**. In one embodiment, a web document can contain a reference to the capture agent (e.g., JavaScript code), which can then be fetched as a result. The capture agent could also be sent separately from the web document. Regardless, the capture agent would be sent in conjunction with the web document, such that the capture agent can capture data about the web document. Thus, the capture agent can be received in conjunction with a delivery of the web document.

The server-side capture engine **115** stores a copy of the request and response from the web server **130** as **116**, which may include the entire DOM **151**. The server-side captured data can be stored in the server-side capture engine **115**. Engine **115** may include a plurality of separate engines, such as the capture engine, an analysis engine, and a web session storage engine.

The embedded client-side capture agent **152** can monitor changes to the DOM **151** and user **100** interactions, such as mouse clicks, mouse movements, scrolling, and keyboard entry to relay action and changes through the initiation of additional browser requests **110** to the web server **130**. Changes to DOM **151** and user interaction are examples of events associated with nodes in the DOM. When these requests return to the web server **130**, they are captured by

**Exhibit C**

**56**

US 10,146,752 B2

| 5 | 6 |

the server-side capture engine **115** and the client-side data is stored as **117**, as detailed above for later reassembly and analysis.

Example embodiments of the embedded client-side capture agent **152** are further detailed below. The server-side capture engine and web session storage **115** can combine the data from the client-side agent **117** with the data from the captured server-side network traffic **116** to create an accurate representation of all user interface and user interaction events. The server-side capture engine **115** may use various combinations of IP address, referrer, session cookies, browser identifier, and operating system type to link web documents together into a session for replay.

II. Client-Side Capture

Server-side packet capture systems can capture the HTML/DOM sent to the browser. But, before the browser has completed loading the DOM sent from the server and captured server-side, the HTML may be modified using, perhaps, a client-side plugin or server-delivered scripts. Modern browser technology does not provide a method to distinguish which DOM nodes were modified client-side and which were delivered from the original HTML sent from and captured on the server-side. With this regard, using the full tree DOM path to address changes may lead to errors during replay and analysis when client-side scripts modify the DOM during the DOM load in the browser and prior to the capture agent loading.

To address this challenge, embodiments can determine identification information of a node associated with an event, and save that identification information with an event record. As an example of using identification information, embodiments can direct the capture agent to use the nearest uniquely identified ancestor node to uniquely name the path to the current modification. A uniquely identified node is a node that can be unambiguously identified without using a DOM path, such as an HTML element with an "id" attribute field. An example embodiment of this process is detailed in FIG. **3A**. Embodiments can work backwards from the node to find the closest uniquely identifiable path.

FIG. **2** illustrates an example workflow of one embodiment of the client-side capture agent. The example workflow can be used a method for tracking events associated with a web document on a client device.

At block **200**, the DOM is loaded in the browser **200**. Then, at block **201**, the capture agent is loaded. For example, the browser can begin loading resources, including the HTML document, javascript, images, stylesheets and other data required to render the page. The HTML document parsed by the browser can include instructions to load the capture agent software into the browser.

At block **202**, the capture agent begins monitoring for DOM changes (e.g., graphical user interface changes) and user interaction events. While processing changes and events, the capture agent may use memory available within the browser, or a permanent storage mechanism provided by the browser. Some events, such as mouse movements, may be sampled to a specific time resolution, such as 0.1 seconds, to reduce the amount of data collected. Other events, such as a mouse click, may not be sampled to ensure an accurate representation of the user's interactions.

At block **210**, when the capture agent receives a DOM modification notification event, the capture agent begins to process the changes. The DOM modification notification event may contain multiple DOM changes. As examples, the DOM modification can include an addition of one or more

nodes in the DOM, a removal of one or more nodes in the DOM, or a modification to one or more existing nodes in the DOM.

At block **211**, to efficiently process the changes within the modification notification event, the capture agent ignores children node modifications for ancestor nodes which were modified and which required the DOM content to be sent to the server-side capture engine. An example embodiment of this process is detailed in FIG. **5**.

At block **212**, the capture agent looks for adjacent text nodes in additions, modifications, or removals that can be represented as one text node during replay. Example embodiments of these processes are detailed below in FIG. **6A** and FIG. **7**.

At block **213**, the capture agent uses nearest identified ancestor DOM element to identify a path to the event. If the associated node has a unique identification, then an ancestor is not needed. Some embodiments can unambiguously identify a target node of DOM changes by constructing a sequence of node indexes by recursively taking the node index of the target node, then the node index of the target node's parent and so on until a node is reached that can be unambiguously identified through another means, such as the fact that the node is the root node of the entire DOM. In this description, this sequence of node indexes is called a "DOM path". A DOM path that ends with the root node of the entire DOM is called a "full tree DOM path".

At block **230**, once the capture agent has identified modification(s) to send to the server-side capture, storage, and analysis engine, the capture agent may strip out sensitive information. The sensitive information may include elements such as passwords, credit cards, social security numbers, and other configured sensitive fields. Thus, the capture agent can strip sensitive information before transmitting the event records to the server-side web session storage engine.

At block **231**, the capture agent may then assemble and coalesce the data, including meta information such as processing time, load time, and other situational information available within the browser, timestamps, and other information such as errors. It may coalesce the data (e.g., over a period of 5 seconds) by combining similar events and using short identifiers to optimize the information into the smallest amount of data bytes.

At block **232**, the capture agent may compress the data in pre-determined chunks. Various compression algorithms are known to those skilled in the art, which trade time to compress vs compression efficiency. While one compression algorithm may be applicable today saving today's CPU processing power available, in the future, a more time consuming algorithm may be more appropriate.

At block **233**, the capture agent may send the data to the server-side storage and analysis engine. The server can use the data (e.g., as event records) to replay the changes. For example, the server can identify an event and the corresponding node. The server can then make that change and replay it. After receiving the event records at the server-side web session storage engine, the server-side web session storage engine can combine the event records with a server-side captured DOM of the web document to generate a modified DOM from an original unmodified DOM.

In some embodiments, the capture agent can store the event records in a client storage until the event records are transmitted to the server-side storage and analysis engine. The event records can be deleted after sending the event records to the server-side engine. Subsequent to deleting the event records, a plurality of additional events associated with nodes in the DOM can be captured. For each of the

Exhibit C
57

US 10,146,752 B2

**7**

plurality of additional events, additional identification information of an additional associated node can be determined. The additional identification information can be stored in an additional event record. The capture agent can transmit the additional event records to the server-side web session storage engine.

In one embodiment, the client-side capture agent sends the data at pre-determined intervals or when the document is unloaded in the browser. The data can be sent at pre-determined intervals to ensure data is not lost in the browser or during transit. As another example, the client-side capture agent can send the data when there are no existing network requests.

At block **220**, the capture agent may also receive user interaction events, such as keyboard entry, document resize, orientation changes, scroll events, mouse movements, or mouse clicks. In the case of keyboard entry, the capture agent may strip sensitive information from the data (event record) as detailed above. The user interaction data can follow a similar path as for DOM modifications detailed above in block **213** for the capture agent identifying the DOM node of the target of the events, in block **230** stripping sensitive information, in block **231** coalescing the data, in block **232** compressing the data, and in block **233** sending the data.

As examples, four different ways can be used in order to determine a unique identification. DOM node identifiers can be used. Embodiments may potentially use sibling or ancestor node identifiers. If the current node is not uniquely identified, one can go up to parents. Once embodiments start looking up at the parents, embodiments can look at siblings. Embodiments can look for a unique parent or sibling, such as the case where there is a parent that is, for example, a DIV (division in HTML) or a P (paragraph in HTML). And then inside the paragraph there are three spans. If none of them had unique identifications on them (e.g., no unique identifier), the DIV may have a unique identifier. But, if there is a change to the third span, embodiments can look to see that there are three span children and that current node is a third span child.

This can use both sibling or ancestor DOM node identifiers and DOM element attributes that are unique. This can use the order of the node among its siblings. Embodiments can also find DOM element attributes that are unique among sibling DOMs. For example, one span can have a text size of 25 and it is being modified to text size of 22, so that is how embodiments can uniquely identify it. When no sibling or ancestor node that has a unique DOM node identifier is identified, DOM element attributes that are unique among sibling DOM elements can be stored to identify a first node in the path to the associated node.

In one example with JavaScript, one might call out a specific identifier (e.g., a book) in JQuery. There might be a number of pages that are children in the book, and so a user might request the element of book and add a new child. So in other words, a user wants to add a new page. Thus, there are use cases where embodiments might address things where there is a unique identifier like book, the book tag or element, or node, and then address it from a perspective of children.

III. Uniquely Identifying a Node in a DOM Tree

A. Path to a Node in DOM Tree

FIG. **3**A depicts an example embodiment workflow for how embodiments can uniquely identify a DOM node in the DOM tree. Each node in a DOM has a well-ordered set of child nodes. Embodiments can define the node index of a node to be the ordinal number of the node in the well-

**8**

ordered set of child nodes of its parent node, or of only child nodes of the same type as the target node (i.e., fifth span child referring to the fifth occurrence of the span node without regard to nodes of other types). A unique tree path of a target node exists so that one can recursively take the node index of the target node, and then the node index of its parent node and so on to construct a sequence leading up to an ancestor that has a unique node identifier, e.g. an "id" attribute.

At block **300**, the capture agent receives the DOM modifications notification. The notification can be received in any suitable form, e.g., as a flag, a flag with a message, a message that include information about the modification, etc.

At block **310**, when the capture agent receives the DOM modifications notification, the capture agent evaluates if the action is a node addition or removal. The DOM modification event can include indicators if the node is being added or removed.

At block **320**, the capture agent may then look for a unique identifier on the DOM node, such as an 'id' attribute which would uniquely identify the node. Another example is combinations of attributes on a specific tag name, such as input[name="address11"], which would uniquely identify the input field for the address1.

At block **321**, the capture agent may begin to traverse the tree upwards looking for a unique identifier. The traversal may occur in any suitable order. For example, the tree can be traversed via each branch until an end is reached, and then a previous branch point not taken can be traversed.

At block **330**, to identify the unique tree path to the modified node, the agent uses the path to the node changed with a root of the node with unique ID to represent the unique tree path. The path may be represented by node indexes such as those illustrated in FIG. **4** or FIG. **4**A.

FIG. **3**B illustrates an example HTML modification. Document **350** shows an example original HTML. At document **360**, the example original HTML in document **350** had been modified, where "pending" has been modified to "approved". As an example, some embodiments can traverse to the parent in search of a unique "id" attribute of "response". Using the DIV with the "response" ID attribute as the root path, some embodiments can unambiguously identify the node which changed as the 2nd span child of "response", with the style attribute having a value of "color: blue". As another example, there can be a nearby node that might have a style tag (attribute), which says the font is 25 and we know there's only one nearby that has the style tag set as the font size of 25.

B. Node Index

To send and store DOM changes, the nodes to which the changes occur (i.e. the targets of the changes) can be unambiguously identified. Because each node in the DOM has a well-ordered set of child nodes, this can be accomplished by defining the node index of a node to be the ordinal number of the node in the well-ordered set of child nodes of the node's parent node. An example embodiment of the process of calculating the node index is detailed in FIGS. **4**A and **4**B. This can also be accomplished by defining the node index of a node to be the ordinal number of the node in the well-ordered set of child nodes, filtered for only child nodes of the same type as the target node, or of the node's parent node. An example embodiment of the process of calculating the node index for nodes of the same type is detailed in FIG. **4**A.

Exhibit C

58

US 10,146,752 B2

9

FIG. **4A** illustrates an example embodiment workflow for calculating a node index. An example result would represent the target node as the 4th child of the parent node.

At block **400**, a counter is set to zero in the client-side agent. The counter can be stored in any suitable memory and associated with a process for calculating a node index.

At block **410**, for the purposes of iteratively looping through the DOM tree to unambiguously identify the location of the node, a variable, or current node, is set to the first child of the target node's parent node, where the target node is the node to unambiguously identify.

At block **420**, it is determined whether the current node is the target node, e.g., by comparing a reference, or memory location, of the node being evaluated to the reference, or memory location, of the node to unambiguously identify.

At block **421**, the counter is incremented by one if the current node is not the target node. On the next iteration, the current node is changed to a next child of the target node's parent node.

At block **430**, the final value of the counter is the node index. This index is used to create an unambiguous path from a uniquely identified node to the target node. Using FIG. **5B**, an example of an unambiguous path is the first span child of the div tag with attribute of id="response" which would represent the span tag with the inner text of "Your application status is:".

FIG. **4B** illustrates another example embodiment workflow for calculating a node index, this time by counting only the child nodes of the same type as the target node. This embodiment can be used by the client-agent in place of FIG. **4A** to provide an unambiguous path to the target node. An example result would represent the target node as the 3rd <p>, or paragraph, child of a parent node who had a unique identifier tag.

At block **450**, a counter is set to zero in the client-side agent. The counter can be stored in any suitable memory and associated with a process for calculating a node index.

At block **460**, for the purposes of iteratively looping through the DOM tree to unambiguously identify the location of the node, a variable, or current node, is set to the first child of the target node's parent node, where the target node is the node to unambiguously identify.

At block **470**, it is determined whether the current node is the target node.

At block **471**, it is determined whether the current node is a same node type as the target node. Two nodes share the same type when they have the same node tag. For example, to nodes would be the same type if they were both "<span>" nodes.

At block **472**, if the current node is not the target node **470**, and if the current node is the same type of node as the target node **471**, the counter is incremented by one.

At block **480**, if the node is the target node **470**, the final value of the counter is the node index.

IV. Overlapping Modifications

FIG. **5A** depicts an example embodiment workflow for how embodiments can prevent transmission of overlapping modification notifications.

At block **500**, when the capture agent receives the DOM modifications notification, the notification may contain multiple modifications. For the purposes of efficiently, modern day browsers currently send DOM modifications in groups of changes. The capture agent analyzes the set of changes to suppresses duplicate information from overlapping modifications.

10

At block **510**, the capture agent evaluates if the notification event contains multiple events, e.g., by examining the length of the array of changes.

At block **520**, if the capture agent does contain multiple events, the capture agent creates a first list of modified nodes and a second list of parent nodes that has had a child added or a child removed. Thus, the modified nodes of the first list already existed and attributes of the node itself have been modified. The nodes of the second list have had a child node added or removed. It is possible that nodes can be in both lists, in the case where a node is added and then removed. In this case, the capture agent will ignore the node modification altogether as the end status of the node is removed.

At block **530**, the capture agent iterates over the first list of modified nodes.

At block **540**, at each iteration, the capture agent checks if an ancestor of the current node is in the second list of parent nodes with a child added or removed.

At block **560**, if the ancestor of the current node is in the list of parent nodes with a child added or removed from block **540**, the current modification may be ignored by the capture agent, as this modification may already be sent with the ancestor changes.

At block **550**, if the current node does not have an ancestor in the list of parent nodes with a child added or removed from block **540**, or if the notification event did not contain multiple events from block **510**, then the modification data is prepared to later send to the server-side storage and analysis engine.

At block **570**, the capture agent continues to iterate over all the modified nodes until complete. Accordingly, the capture agent can identify overlapping modification events, and store only one event record for the overlapping modification events. In one embodiment, a modification of a single ancestor node can represent overlapping modification events targeting a single ancestor node subtree. For instance, overlapping modifications can be within a single parent node that has more than one child or extended grandchildren that has been modified (and thus overlapping with the modification of the ancestor which must be serialized). An example is when A has two children B and C. B has one child D. C has two children F and G. F has one child H. H has three children I, J, and K. If there is a modification to J, G, and C, embodiments only need to send the modification for C as it would contain all modification of C (i.e., including any modification of F, G, H, I, J, and K), and thus there is no need to record J and G changes.

FIG. **5B** illustrates an example DOM change with multiple node modifications. Document **580** shows an example original HTML. At document **590**, the example original HTML of document **580** has been modified, where "pending" has been removed and 7 additional nodes have been added. As an example, some embodiments can summarize the entire modification as a single modification to the unambiguously identified node of the 2nd span child of "response", with the style attribute having a value of "color: blue". The node addition notifications can be suppressed as they are all contained in the single node modification.

V. Merging Text

To send and store DOM changes, the changes can be serialized. In one embodiment, the serialization of a node being added may include the identifier of the parent of the target node as obtained by the process detailed above, the node index of the new node, and the HTML representation of the node and its children. Obtaining the HTML representation of a DOM node can be done in a computationally efficient manner as this is a native feature in modern

Exhibit C
59

US 10,146,752 B2

**11**

browsers and is performed with machine code rather than JavaScript. The drawback is that this HTML representation is ambiguous about whether contiguous text is represented as one text node in the DOM (the "canonical" form of the DOM) or as multiple text nodes. DOM modification as a result of user interaction or user interface changes may cause multiple sibling text nodes to appear through the addition and modification of text nodes. These adjacent nodes are represented as a single node during replay and can lead to errors if not properly managed during capture.

To address this challenge, changes are serialized in such a manner so that an agent replaying or analyzing the serialized changes may assume that the beginning state of any set of changes is a canonical DOM: that is, there are no adjacent text nodes being that all of them are merged together. Note that the serialized changes themselves may render the DOM non-canonical, but it is assumed that the DOM is changed to return to a canonical state before the next set of serialized changes. This may be affected with three additions to the way DOM changes are serialized:

When text nodes are modified, if the modification's target is a text node that has adjacent text nodes, a modification to a "virtual text node" that combines the adjacent text nodes into one text node positioned at the beginning of the sequence of contiguous text nodes is serialized instead of a modification to the actual target text node. An example embodiment of this process is detailed in FIGS. **6**A and **6**B.

For purposes of calculating node indexes, adjacent text nodes are counted as one text node, the canonical node. An example embodiment of the process of determining the canonical node index is detailed in FIG. **7**.

For the addition of any node between two adjacent text nodes, the capture agent can also serialize a modification to the DOM such that the virtual text node combining the two adjacent text nodes are split into two or more text nodes, with at least one of the breaks occurring where the new DOM node is added. In one embodiment, a text node modification may be serialized for the virtual text node that removes the text that belongs to the text nodes appearing after the DOM node being added. A DOM node addition may be serialized to add a text node with the previously removed text after the virtual text node. Finally, a DOM node addition can be serialized for the DOM node being added between the two text nodes. An example embodiment of this process is detailed in FIG. **8**.

This section particularly relates to the way embodiments can serialize additions of DOM nodes as the HTML of the node and its children. A possible drawback is that this serialization may be ambiguous about whether contiguous text in the serialization is represented as one text node in the DOM or as multiple text nodes. A solution is to always serialize changes such that the beginning state of any change we serialize is a canonical DOM (that is, there are no adjacent text nodes, all of them being merged together).

### A. Method

FIG. **6**A illustrates an example embodiment workflow for how embodiments can address DOM text node modifications for text nodes which have adjacent text nodes.

At block **600**, the capture agent detects a text node modification. For example, the capture agent can review the node types declared on each node in the list of modifications to determine if any of the nodes are of type text node.

At block **610**, the capture agent determines if there are sibling text nodes. If so, the capture agent may serialize the modification as if it occurred to a single virtual text node that

**12**

combines the contiguous sequence of text nodes including the text node for which the change was detected. The modification can be depicted as positioned at the start of the contiguous sequence of text nodes.

At block **620**, the capture agent finds the beginning of the contiguous sequence. The beginning of the sequence is the first node in the ordered list of nodes that is of type text node.

At block **630**, the capture agent concatenates all the text in the contiguous sequence.

At block **640**, the capture agent then serializes the modification for the position determined in block **620** and the text determined in block **630**. Accordingly, the capture agent can merge adjacent sibling DOM text nodes into a single node for identification of the associated node of an event. In one embodiment, the serialization may be a text representation of the text of the modified node. In another embodiment, serialization may be to a structure stream of data which may include other attributes of the text node to ensure fidelity of the all of the node's data.

At block **650**, if there were no sibling text nodes, the capture agent serializes the modification for the position and text of the target text node.

### B. Example

FIG. **6**B illustrates an example DOM change with adjacent text nodes. Document **660** shows an example original HTML with adjacent text nodes with a span node in between. At document **670**, the example original HTML of document **660** has been modified, where the span containing "pending" has been removed and replaced with the word "complete". As an example, some embodiments can identify the three adjacent text nodes and summarize the modification as a removal of the span node, removal of the last text node, and a modification to the first text node containing the text of all three text nodes.

### C. Canonical Node Index

FIG. **7** illustrates an example embodiment workflow for calculating a canonical node index. The canonical node index represents the index at which the text node, or set of text nodes, is uniquely identified as it will be represented in the DOM tree during replay. During replay of DOM changes, two adjacent text nodes can appear as a single text node, and the canonical node index can enable the merging of text by accounting for adjacent text nodes. Because the replay of DOM changes will have nodes represented differently than during capture, it can be important to keep track of the canonical node index so that the replay can associate the indexed nodes identified in capture with their proper location in the DOM tree during replay.

At block **700**, a counter is set to zero in the client-side agent.

At block **710**, for the purposes of iteratively looping through the DOM tree to unambiguously identify the location of the node, the current node is set to the first child of the target node's parent node, where the target node is the node to unambiguously identify.

At block **720**, a loop is created while the current node is not the target node.

At block **721**, it is determined whether the current node is a text node. If the current node is not a text node, the counter is incremented by one at block **723**. If the current node is not a text node, the method proceeds to block **722**.

**Exhibit C**
**60**

US 10,146,752 B2

13 14

At block **722**, it is determined whether the node previous to the current node is a text node. If the previous node is not a text node, the counter is incremented by one at block **723**.

At block **730**, the final value of the counter is the node index.

### D. Serialization

FIG. **8** illustrates an example embodiment workflow for serialization of a DOM node addition modification that occurs between two adjacent text nodes. As two adjacent text nodes will appear as a single node during replay, a text node addition next to an adjacent text node must be recorded as a single merged text node modification.

At block **810**, after the capture agent detects a DOM node addition modification **800**, the capture agent may evaluate if it is between two adjacent text nodes. For example, if the node has sibling nodes, the capture agent can check if either of the adjacent nodes is of type text node.

At block **820**, if the modification is between two adjacent text nodes, the capture agent can find the beginning of the contiguous sequence of text nodes that contains the text node preceding the addition. To do so, the capture agent can iterate through the list of sibling nodes, checking for type of text node. The iteration in either direction can stop once a non-text node is reached or the end of the sibling list in that direction is reached.

At block **830**, the capture agent can concatenate the text of the contiguous sequence of text nodes that starts at the determining beginning of the contiguous sequence.

At block **840**, the capture agent may then serialize the text from the position determined in **820** and the text determined in **830**. This text represents the entirety of the text node that will be seen from the replay's perspective, where all contiguous text nodes will be a single text node. An example would be where the following nodes exist:

&lt;div&gt;
  Welcome to
  &lt;br&gt;
  Quantum Metric
  &lt;br&gt;
  2015
&lt;/div&gt;

If a modification occurred removing the two &lt;br&gt; nodes, the "Welcome to", "Quantum Metric", and "2015" nodes would continue to be adjacent nodes during the capture, and they would continue to be represented as 3 distinct text nodes. During replay, these 3 text nodes would be a single text node "Welcome to Quantum Metric 2015".

At block **850**, the capture agent may then concatenate the text of the contiguous sequence of text nodes starting with the text node following the addition.

At block **860**, the capture agent may then serialize a node addition to the text representation of the text contained in the text node, for a text node at the position of the text node following the addition with the text determined in **850**.

At block **870**, if the modification is not between two adjacent text nodes, the capture agent may then serialize a node addition for the node to be added, where in contrast to when other text nodes are adjacent, the text node is treated similarly to other node additions.

### VI. Computer System

Any of the computer systems mentioned herein may utilize any suitable number of subsystems. Examples of such subsystems are shown in FIG. **9** in computer apparatus **10**. In some embodiments, a computer system includes a single computer apparatus, where the subsystems can be the components of the computer apparatus. In other embodiments, a computer system can include multiple computer apparatuses, each being a subsystem, with internal components. A computer system can include desktop and laptop computers, tablets, mobile phones and other mobile devices.

The subsystems shown in FIG. **9** are interconnected via a system bus **75**. Additional subsystems such as a printer **74**, keyboard **78**, storage device(s) **79**, monitor **76**, which is coupled to display adapter **82**, and others are shown. Peripherals and input/output (I/O) devices, which couple to I/O controller **71**, can be connected to the computer system by any number of means known in the art such as input/output (I/O) port **77** (e.g., USB, FireWire®). For example, I/O port **77** or external interface **81** (e.g. Ethernet, Wi-Fi, etc.) can be used to connect computer system **10** to a wide area network such as the Internet, a mouse input device, or a scanner. The interconnection via system bus **75** allows the central processor **73** to communicate with each subsystem and to control the execution of instructions from system memory **72** or the storage device(s) **79** (e.g., a fixed disk, such as a hard drive or optical disk), as well as the exchange of information between subsystems. The system memory **72** and/or the storage device(s) **79** may embody a computer readable medium. Another subsystem is a data collection device **85**, such as a camera, microphone, accelerometer, and the like. Any of the data mentioned herein can be output from one component to another component and can be output to the user.

A computer system can include a plurality of the same components or subsystems, e.g., connected together by external interface **81** or by an internal interface. In some embodiments, computer systems, subsystem, or apparatuses can communicate over a network. In such instances, one computer can be considered a client and another computer a server, where each can be part of a same computer system. A client and a server can each include multiple systems, subsystems, or components.

It should be understood that any of the embodiments of the present invention can be implemented in the form of control logic using hardware (e.g. an application specific integrated circuit or field programmable gate array) and/or using computer software with a generally programmable processor in a modular or integrated manner. As used herein, a processor includes a single-core processor, multi-core processor on a same integrated chip, or multiple processing units on a single circuit board or networked. Based on the disclosure and teachings provided herein, a person of ordinary skill in the art will know and appreciate other ways and/or methods to implement embodiments of the present invention using hardware and a combination of hardware and software.

Any of the software components or functions described in this application may be implemented as software code to be executed by a processor using any suitable computer language such as, for example, Java, C, C++, C#, Objective-C, Swift, or scripting language such as Perl or Python using, for example, conventional or object-oriented techniques. The software code may be stored as a series of instructions or commands on a computer readable medium for storage and/or transmission, suitable media include random access memory (RAM), a read only memory (ROM), a magnetic medium such as a hard-drive or a floppy disk, or an optical medium such as a compact disk (CD) or DVD (digital versatile disk), flash memory, and the like. The computer readable medium may be any combination of such storage or transmission devices.

**Exhibit C**
61

US 10,146,752 B2

15                                                                     16

Such programs may also be encoded and transmitted using carrier signals adapted for transmission via wired, optical, and/or wireless networks conforming to a variety of protocols, including the Internet. As such, a computer readable medium according to an embodiment of the present invention may be created using a data signal encoded with such programs. Computer readable media encoded with the program code may be packaged with a compatible device or provided separately from other devices (e.g., via Internet download). Any such computer readable medium may reside on or within a single computer product (e.g. a hard drive, a CD, or an entire computer system), and may be present on or within different computer products within a system or network. A computer system may include a monitor, printer, or other suitable display for providing any of the results mentioned herein to a user.

Any of the methods described herein may be totally or partially performed with a computer system including one or more processors, which can be configured to perform the steps. Thus, embodiments can be directed to computer systems configured to perform the steps of any of the methods described herein, potentially with different components performing a respective steps or a respective group of steps. Although presented as numbered steps, steps of methods herein can be performed at a same time or in a different order. Additionally, portions of these steps may be used with portions of other steps from other methods. Also, all or portions of a step may be optional. Additionally, any of the steps of any of the methods can be performed with modules, circuits, or other means for performing these steps.

The features and advantages described in the detailed description are not all inclusive and, in particular, many additional features and advantages will be apparent to one of ordinary skill in the art in view of the drawings, detailed description, and claims. Moreover, it should be noted that the language used in the detailed description has been principally selected for readability and instructional purposes, and may not have been selected to delineate or circumscribe the inventive subject matter.

Note that in this description, references to "one embodiment," "an embodiment" or "some embodiments" mean that the feature being referred to is included in at least one embodiment of the invention. Further, separate references to "one embodiment" or "some embodiments" in this description do not necessarily refer to the same embodiment(s); however, neither are such embodiments mutually exclusive, unless so stated and except as will be readily apparent to those skilled in the art. Thus, the invention can include any variety of combinations and/or integrations of the embodiments described herein. However, other embodiments of the invention may be directed to specific embodiments relating to each individual aspect, or specific combinations of these individual aspects.

Upon reading this detailed description, those of skill in the art will appreciate still additional alternative structural and functional designs for a system and method for accurate and efficient capture of user interface and user interaction events on a remote web document through the disclosed principles of the present invention. Thus, while particular embodiments and applications of the present invention have been illustrated and described, it is to be understood that the invention is not limited to the precise construction and components disclosed herein and that various modifications, changes and variations which will be apparent to those skilled in the art may be made in the arrangement, operation and details of the method and apparatus of the present invention disclosed herein without departing from the spirit and scope of the invention as defined in the appended claims.

A recitation of "a", "an" or "the" is intended to mean "one or more" unless specifically indicated to the contrary. The use of "or" is intended to mean an "inclusive or," and not an "exclusive or" unless specifically indicated to the contrary.

All patents, patent applications, publications, and descriptions mentioned herein are incorporated by reference in their entirety for all purposes. None is admitted to be prior art.

What is claimed is:

1. A method for tracking events associated with a web document on a client device, the method comprising performing, by the client device:

receiving the web document at the client device;

receiving a capture agent in conjunction with a delivery of the web document, the capture agent configured to execute on the client device;

parsing the web document to generate a Document Object Model (DOM) tree, the DOM tree including a plurality of nodes;

identifying, by the capture agent, a DOM tree modification resulting in a modified DOM tree by monitoring the DOM tree for addition of nodes to the DOM tree, removal of nodes from the DOM tree, and modification of nodes in the DOM tree, the DOM tree modification containing a first node modification associated with a first node and a second node modification associated with a second node;

determining, by the capture agent, the first node modification and the second node modification to be an overlapping modification based on the first node being an ancestor of the second node in the DOM tree, the first node modification targeting a subtree of the DOM tree including the second node;

determining, by the capture agent, first identification information for uniquely identifying the first node;

generating, by the capture agent, an event record for the DOM tree modification, the event record including the first identification information for uniquely identifying the first node and the first node modification, the event record suppressing duplicate information by not including the second node modification based on the determination that the first node modification and the second node modification are the overlapping modification; and

transmitting, from the capture agent, the event record to a server-side web session storage engine, wherein the server-side web session storage engine uses a server-side captured DOM tree of the web document, the first identification information, and the first node modification to generate the modified DOM tree.

2. The method of claim 1, wherein the event includes a user interaction event associated with the web document.

3. The method of claim 1, wherein the determining of the first identification information includes:

searching for a unique DOM node identifier of the first node.

4. The method of claim 3, wherein the determining of the first identification information further includes:

when a unique DOM node identifier is not found for the first node:

searching for a sibling or ancestor node of the first node that has a unique DOM node identifier;

when the sibling or ancestor node of the first node that has the unique DOM node identifier is identified,

Exhibit C

62

US 10,146,752 B2

17

determining a path from the sibling or ancestor node of the first node to the first node; and

establishing the unique DOM node identifier of the sibling or ancestor node of the first node and the path as the first identification information.

**5.** The method of claim **4**, wherein the path includes an order of the first node among its siblings.

**6.** The method of claim **4**, wherein the determining of the first identification information further includes:

when no sibling or ancestor node of the first node is identified that has a unique DOM node identifier:

storing DOM element attributes that are unique among sibling DOM elements to identify a start node in the path to the first node.

**7.** The method of claim **3**, wherein the determining of the first identification information further includes:

when a unique DOM node identifier is not found:

establishing DOM element attributes of the first node that are unique as the first identification information.

**8.** The method of claim **1**, further comprising:

merging, by the capture agent, adjacent sibling DOM text nodes into a single node for identification of the first node.

**9.** The method of claim **1**, further comprising:

storing, by the capture agent, the event record in client storage until the event record is transmitted to the server-side web session storage engine; and

deleting the event record from the client storage after sending the event record to the server-side web session storage engine.

**10.** The method of claim **9**, further comprising:

subsequent to deleting the event record, capturing a plurality of additional events associated with nodes in the DOM tree; and

for each additional event of the plurality of additional events:

determining additional identification information of an additional node associated with the additional event, and

generating an additional event record for the additional event;

transmitting, from the capture agent, the additional event records to the server-side web session storage engine.

**11.** The method of claim **1**, further comprising:

displaying a web page rendered based upon the web document by a web browser, wherein the capture agent sends the event record when the web browser is not making any other network requests.

**12.** The method of claim **1**, further comprising:

compressing, by the capture agent, the event record before transmitting the event record to the server-side web session storage engine.

**13.** The method of claim **1**, further comprising:

stripping, by the capture agent, sensitive information before transmitting the event record to the server-side web session storage engine.

**14.** The method of claim **1**, further comprising:

creating, by the capture agent, a first list of modified nodes in the DOM tree modification and a second list of parent nodes of the first node; and

determining, by the capture agent, the first node to be the ancestor of the second node in the DOM tree by comparing nodes of the first list to nodes of the second list.

**15.** A computer product comprising a non-transitory computer readable medium storing a plurality of instructions for

18

controlling a client device to track events associated with a web document on the client device, the plurality of instructions comprising:

receiving the web document at the client device;

receiving a capture agent in conjunction with a delivery of the web document, the capture agent configured to execute on the client device;

parsing the web document to generate a Document Object Model (DOM) tree, the DOM tree including a plurality of nodes;

identifying, by the capture agent, a DOM tree modification resulting in a modified DOM tree by monitoring the DOM tree for addition of nodes to the DOM tree, removal of nodes from the DOM tree, and modification of nodes in the DOM tree, the DOM tree modification containing a first node modification associated with a first node and a second node modification associated with a second node;

determining, by the capture agent, the first node modification and the second node modification to be an overlapping modification based on the first node being an ancestor of the second node in the DOM tree, the first node modification targeting a subtree of the DOM tree including the second node;

generating, by the capture agent, an event record for the DOM tree modification, the event record including the first identification information for uniquely identifying the first node and the first node modification, the event record suppressing duplicate information by not including the second node modification based on the determination that the first node modification and the second node modification are the overlapping modification; and

transmitting, from the capture agent, the event record to a server-side web session storage engine, wherein the server-side web session storage engine uses a server-side captured DOM tree of the web document, the first identification information, and the first node modification to generate the modified DOM tree.

**16.** A system comprising:

one or more processors; and

a non-transitory computer-readable medium including instructions that, when executed by the one or more processors, cause the one or more processors to:

receive a web document at a client device;

receive a capture agent in conjunction with a delivery of the web document, the capture agent configured to execute on the client device;

parse the web document to generate a Document Object Model (DOM) tree, the DOM tree including a plurality of nodes;

identify, by the capture agent, a DOM tree modification resulting in a modified DOM tree by monitoring the DOM tree for addition of nodes to the DOM tree, removal of nodes from the DOM tree, and modification of nodes in the DOM tree, the DOM tree modification containing a first node modification associated with a first node and a second node modification associated with a second node;

determine, by the capture agent, the first node modification and the second node modification to be an overlapping modification based on the first node being an ancestor of the second node in the DOM tree, the first node modification targeting a subtree of the DOM tree including the second node;

determine, by the capture agent, first identification information for uniquely identifying the first node;

Exhibit C

63

US 10,146,752 B2

19                                                                    20

generate, by the capture agent, an event record for the
DOM tree modification, the event record including
the first identification information for uniquely iden-
tifying the first node and the first node modification,
the event record suppressing duplicate information
by not including the second node modification based
on the determination that the first node modification
and the second node modification are the overlap-
ping modification; and

transmit, from the capture agent, the event record to a
server-side web session storage engine, wherein the
server-side web session storage engine uses a server-
side captured DOM tree of the web document, the
first identification information, and the first node
modification to generate the modified DOM tree.

\*    \*    \*    \*    \*

**Exhibit C**
**64**

# Exhibit D

INTERNET ARCHIVE
WaybackMachine
https://info.lululemon.com/legal/privacy-policy          Go
183 captures
24 May 2018 - 2 Feb 2021

MAR  APR  MAY
19
2019 2020 2021

WOMEN     MEN     GIRLS     ACCESSORIES     COMMUNITY     HOME WORKOUTS          PROFILE          Search

# Privacy Policy

**LAST UPDATED: DECEMBER 30, 2019**

### YOUR PRIVACY: OVERVIEW

If you are a consumer in the United States, this privacy policy ("**Privacy Policy**") explains how lululemon athletica inc. (collectively, "**lululemon**," "**we**," or "**us**") collects, uses, discloses, and retains  your personal data when you access or use our websites or mobile applications (collectively, the "**Services**"), shop in our stores, visit or otherwise engage with our Guest Education Centre, register for and attend events, engage with us on social media or otherwise interact with us. Please review this Privacy Policy carefully.

Please note that we provide different or additional privacy notices in connection with certain activities, programs, and offerings. For more information about our privacy practices in another jurisdiction, please refer to the privacy policy available in our stores, or posted on our website, for that jurisdiction.

### REVISIONS TO THIS PRIVACY POLICY

lululemon reserves the right to change this Privacy Policy from time to time. If we make changes, we will notify you by revising the date at the top of this Privacy Policy. If we make material changes to this Privacy Policy, we will provide you with additional notice (such as adding a statement to our websites' homepages or sending you a notification).

### CONTENTS

- COLLECTION OF PERSONAL DATA
- USE OF PERSONAL DATA
- DISCLOSURE OF PERSONAL DATA
- ADVERTISING AND ANALYTICS SERVICES PROVIDED BY OTHERS
- DATA SECURITY, TRANSFERS AND RETENTION
- CHILDREN'S PRIVACY
- THIRD PARTY SITES
- YOUR CHOICES
- INFORMATION FOR CALIFORNIA CONSUMERS: YOUR CALIFORNIA PRIVACY RIGHTS
- CONTACT US

### COLLECTION OF PERSONAL DATA

In this Privacy Policy, "personal data" means any information that identifies, relates to, describes, is reasonably capable of being associated with or reasonably can be used to identify an individual or household and other data that is linked to personal data.  The types of personal data we collect about you depend on your interactions with us and are described in more detail below.

### PERSONAL DATA YOU PROVIDE DIRECTLY TO US
We collect personal data directly from you in a variety of ways, including when you:

- Register for an account, create a profile, participate in interactive areas of our Services, or fill out forms on our Services or in our stores;
- Request additional information about our products or services or sign up to receive our e-mail newsletters, marketing messages or coupons;
- Interact with us on social media, such as by tagging us and/or our products or permitting us to follow your social media profile;
- Purchase any product or service from us;

Document title: Privacy Policy | lululemon athletica
Capture URL: https://web.archive.org/web/20200419134135/https://info.lululemon.com/legal/privacy-policy
Capture timestamp (UTC): Mon, 08 Feb 2021 22:34:02 GMT

Page 1 of 7

INTERNET ARCHIVE
WaybackMachine

https://info.lululemon.com/legal/privacy-policy

183 captures
24 May 2016 - 2 Feb 2019

WOMEN    MEN    GIRLS    ACCESSORIES    COMMUNITY    HOME WORKOUTS              PROFILE

Search

- Purchase any product or service from us;

- Provide design or product feedback or make other submissions to us;

- Request information or assistance from us, including correspondence with our customer service team or our store associates for personalized styling;

- Participate in or respond to surveys or requests for opinions, feedback and preferences;

- Participate in any of our experiential offerings in our stores or at other locations, sponsored by us;

- Participate in or register for our ambassador or membership programs;

- Using other features of our websites that may be offered from time to time, which may require information in order to utilize the features; and

- Sign up for and participate in events, contests, sweepstakes, promotions and special programs that we provide.

The types of personal data we collect directly from you may include: your name, username, password, e-mail address, address, telephone number, credit card and debit card numbers (with expiration dates), demographic information, personal preferences, clothing size, goals, classes you teach or attend in connection with our Ambassador and Membership Programs, and any other personal data that you choose to include in your profile or in other communications with us.

**PERSONAL DATA WE COLLECT AUTOMATICALLY**

We automatically collect personal data when you access and use our Services or shop in our stores. The types of information we collect may include:

- Networking and device information, such as your browser type, IP address, and operating system version, language settings;

- Information about your activity on our Services, such your access times, pages viewed, the routes by which you access our Services, your use of any hyperlinks available within our Services;

- Information about your purchases or transactions with us, including records of products or services you have purchased, returned or are considering purchasing from us;

- Information collected via cookies, web beacons, and other tracking technologies, including Internet service provider (ISP), Mobile Advertising ID, media access control (MAC) address, or identifiers associated with browser cookies, web beacons and similar technologies we deploy on our Services;

- Video monitoring and recording we deploy in our retail stores; and

- Location information in accordance with your device permissions. For more details, please see "YOUR CHOICES" below. We may also use technology in our retail locations to collect data about the presence of your device.

**PERSONAL DATA WE COLLECT FROM OTHER SOURCES**

We may collect personal data about you from other sources.  For example, we may collect personal data about you from:

- Fitness studios and providers of online booking tools when you sign up for and participate in classes offered by us;

- Our other customers, including when they bring you as a guest to one of our events or list you as an emergency contact;

- Third parties hosting events, including those sponsored by lululemon, when they share event attendance or participation information with us;

- Third-party social media and communication services, such as Facebook, Twitter, Google and Instagram, that you use to interact with our Services (e.g., to create an account) or that allow you to share information (e.g., via plugins, widgets or other tools), but always in accordance with the authorization procedures and privacy settings you establish with such services; and

- Unaffiliated parties, such as service providers that we use, analytics companies, advertising networks, consumer data resellers, and other third parties that provide us with information, so we can better understand you and provide you with information and offers that may be of interest to you.

**PERSONAL DATA WE DERIVE**

We may derive information or draw inferences about you based on the other types of personal data we collect. For example, we may infer your location based on your IP address, or that you are interested in purchasing women's yoga tops based on your browsing behavior on our Services.

**USE OF PERSONAL DATA**

https://info.lululemon.com/legal/privacy-policy    Go

183 captures
24 May 2018 - 2 Feb 2021

MAR  APR  MAY
19
2019  2020  2021

WOMEN    MEN    GIRLS    ACCESSORIES    COMMUNITY    HOME WORKOUTS                    PROFILE

Search

### USE OF PERSONAL DATA

We collect and use personal data for business and commercial purposes, including to:

- Develop, provide and improve our products, events and services;

- Complete the transactions you request, perform our contractual obligations, and as otherwise anticipated within the context of our ongoing business relationship;

- Create and manage your online accounts, profiles and lululemon memberships;

- Send notifications related to your account, purchases, exchanges and returns;

- Respond to your requests and any other communications from you, including to provide customer service;

- Send advertising or marketing communications about products, services, offers, promotions, rewards and events offered by lululemon and others, and provide news and information that we believe may be of interest to you;

- Offer and administer events, classes, contests, prize draws, sweepstakes and other promotions;

- Conduct internal research and development;

- Analyze your engagement with our brand and your use of our Services to better understand your interests and behaviors and customize your experience;

- Detect security incidents and protect against malicious, deceptive, or illegal activity, including fraudulent transactions, error, negligence, and breach of contract, and to protect against harm to the rights, property or safety of lululemon and our users, customers, employees or the public;

- Debug, identify and repair errors that impair existing intended functionality of our Services;

- Comply with our legal obligations, including our tax obligations and those related to the prevention of fraud and money laundering, and those required for you to benefit from rights recognized by law, or any regulatory requirements or provisions; and

- Carry out certain short-term activities and other reasonable internal purposes related to the products or services you purchase from us or your ongoing relationship with us.

### DISCLOSURE OF PERSONAL DATA

We share personal data for the purposes described below:

a. With our Affiliates and Subsidiaries. Disclosures of your personal data to our holding company, subsidiaries and affiliates for the purposes described in the "USE OF PERSONAL DATA" section above. Since our holding company, subsidiaries and affiliates are located around the world, please note that these disclosures involve cross-border transfers of your personal data as described in the "DATA TRANSFERS" section below.

b. With our Service Providers.  We share personal data with unaffiliated companies or individuals we hire or work with that perform services on our behalf, including customer support, web hosting, information technology, payment processing, product fulfilment, fraud control, direct mail and email distribution, events, contest, sweepstakes and promotion administration, and analytics services.  We only share with service providers the personal data that they need to perform services for us. Since our service providers are located around the world, please note that these disclosures involve cross-border transfers of your personal data as described in the "DATA TRANSFERS" section below.

c. In Connection with a Corporate Transaction.  Personal data may be disclosed or transferred as part of, or during negotiations of any purchase, sale, lease, merger, amalgamation or any other type of acquisition, disposal, securitisation or financing involving lululemon.

d. With our Professional Advisors. We share personal data with our legal, financial, insurance and other advisors in connection with the kinds of corporate transactions described above or in connection with the management of all or part of lululemon's business or operations.

e. With Law Enforcement Authorities and Individuals Involved in Legal Proceedings. We disclose personal data when we believe doing so is reasonably necessary to comply with applicable law or legal process (including an enforceable request from authorities), to respond to claims (including inquiries by you in connection with your purchases from lululemon), or to protect the rights, property or personal safety of lululemon, our users, employees or the public.

**Exhibit D**
**67**

INTERNET ARCHIVE
WayBackMachine
https://info.lululemon.com/legal/privacy-policy    Go    MAR APR MAY
183 captures                                              ◄ 19 ►
24 May 2016 - 2 Feb 2021                            2019 2020 2021
▼ About this capture

WOMEN    MEN    GIRLS    ACCESSORIES    COMMUNITY    HOME WORKOUTS    PROFILE    🔍 Search

from authorities), to respond to claims (including inquiries by you in connection with your purchases from lululemon), or to protect the rights, property or personal safety of lululemon, our users, employees or the public.

f. With Your Consent or at Your Direction. We share personal data with third parties when we have your consent to do so. For example, if you decide to participate in certain interactive areas or features of our events or Services, such as creating a public profile and posting your goals, you consent to the disclosure of this information to other users of our websites. We may also
share your personal data with third parties when you intentionally direct us to do so or when you use our Services to intentionally interact with third parties.

We may also share aggregated or de-identified information, which cannot reasonably be used to identify you.

### ADVERTISING AND ANALYTICS SERVICES PROVIDED BY OTHERS

We may allow others to provide analytics services and serve advertisements on our behalf across the web and in mobile applications. These entities may use cookies, web beacons, device identifiers, and other tracking technologies which collect

information about your use of the Services and other websites and applications. This information may be used by lululemon and others to, among other things, analyze and track data, determine the popularity of certain content, deliver advertising and content targeted to your interest on our Services and other websites, and better understand your online activity.

For detailed information on the cookies we use and the purpose for which we use them, see the section about Cookies below.

### DATA SECURITY, TRANSFERS, AND RETENTION

#### DATA SECURITY
The transmission of information via the internet is not completely secure or private. If you have any questions about the security of personal data collected by lululemon, please contact: PRIVACYOFFICER@LULULEMON.COM

#### DATA TRANSFERS
For the reasons and purposes set forth in this Privacy Policy, the personal data that we collect may be transferred to and stored or otherwise processed in the United States and, Canada and other locations. We also transfer personal data to service providers that process personal data for us in the United States, Canada and other locations (as an example, Amazon Web Services process information for us in various data center locations, including those listed at HTTPS://AWS.AMAZON.COM/ABOUT-AWS/GLOBAL-INFRASTRUCTURE/). While in another jurisdiction for processing, your personal data may be accessed by the courts, law enforcement, and national security authorities of that jurisdiction. These jurisdictions may not provide the same level of data protection as your home jurisdiction.

#### RETENTION OF PERSONAL DATA
We retain personal data in accordance with applicable law.  Unless otherwise required by applicable law, lululemon will take reasonable steps to destroy or permanently de-identify personal data it holds if such personal data is no longer needed for the purpose for which it was collected.

### CHILDREN'S PRIVACY

The Services are not intended for children under the age of 18. lululemon does not target our Services to children under 18.

### THIRD PARTY SITES

Please note that our websites contain links to third-party websites that are not controlled or operated by lululemon.  If you follow a link to any of these websites, please note that these websites have their own privacy policies and that lululemon does not accept any responsibility or liability for these policies.  Please review these policies before you disclose any personal data when visiting such third-party websites.

### YOUR CHOICES

You have certain choices with respect to how we treat your personal data, as described below.

#### CORRECTION
You may review and modify your account and profile information by logging into your online account at any time. You can

INTERNET ARCHIVE
WaybackMachine
https://info.lululemon.com/legal/privacy-policy                    Go
183 captures
24 May 2016 - 2 Feb 2021

WOMEN    MEN    GIRLS    ACCESSORIES    COMMUNITY    HOME WORKOUTS    PROFILE    Search

**CORRECTION**

You may review and modify your account and profile information by logging into your online account at any time. You can also CONTACT US and request that we update your account or profile information.

**MARKETING COMMUNICATIONS**

You may opt out of receiving promotional communications from us by following the instructions in those communications or by logging into your online account and changing your communications preferences. If you opt out, we may still send you non-promotional communications, such as those about your account or our ongoing business relations.

**LOCATION DATA**

When you first launch any of our mobile applications that collect precise location information, you will be asked to consent to the application's collection of this information.   If you initially consent to our collection of this location information, you can subsequently stop the collection of this information at any time by changing the preferences on your mobile device. If you do so, our mobile applications, or certain features thereof, may no longer function properly.

**MOBILE PUSH NOTIFICATIONS/ALERTS**

With your consent, we may send promotional and non-promotional push notifications or alerts to your mobile device. You can deactivate these messages at any time by changing the notification settings on your mobile device.

**COOKIES**

Like many websites, lululemon uses "cookies" to analyze visits to our website and help us improve our website and services. Most web browsers are set to accept cookies by default. If you prefer, you can usually set your browser to remove or reject cookies. Please follow your browser's process for doing so. Please note that if you choose to remove or reject cookies, this could affect the availability and functionality of our websites.

**TECHNOLOGIES IN OUR RETAIL STORES**

We have deployed WiFi access points in some of our stores, and we receive aggregate reports (none of which identify any individual or device) regarding store traffic that relies in part on information collected from the WiFi access points to track traffic patterns in our stores. Where such technology is used, we will provide a prominent notice at the location. If you wish to exclude your device from such in-store mobile analytics, you can opt out at any time by turning off WiFi on your device. We do not use facial recognition technology.

**INFORMATION FOR CALIFORNIA CONSUMERS: YOUR CALIFORNIA PRIVACY RIGHTS**

**ADDITIONAL DISCLOSURES RELATED TO COLLECTION, USE AND DISCLOSURE OF PERSONAL DATA**

If you are a   California resident, the California Consumer Privacy Act ("**CCPA**") requires us to disclose the following information with respect to our collection, use and disclosure of personal data.

- **Categories of Personal Data Collected:** In the preceding 12 months, we have collected the following categories of personal data: identifiers, characteristics of protected classifications under California or U.S. law,  commercial information, internet and electronic network activity, geolocation data, audio and visual information, inferences drawn about your preferences, and other categories of personal data that relates to or is reasonably capable of being associated with you. For examples of the precise data points we collect, please see "COLLECTION OF PERSONAL DATA" above.

- **Business or Commercial Purpose for Collecting and Using Data:** We collect personal data for the business purposes described in the "USE OF PERSONAL DATA" section above.

- **Categories of Sources of Personal Data:** We collect personal data from you and the sources described in the "PERSONAL DATA WE COLLECT FROM OTHER SOURCES" section above.

- **Categories of Personal Data Disclosed:** In the preceding 12 months, we have disclosed the following categories of personal data for business or commercial purposes: identifiers, internet and electronic network activity information, commercial information, audio and visual information, geolocation data, demographic information, inferred information, and other information that we have derived or inferred about you or that relates to or is reasonably capable of being associated with you.

- **Categories of Third Parties With Whom We Share Personal Data:** We may share your personal data with the third parties as described in the "DISCLOSURE OF PERSONAL DATA" section above.

- **Sale of Personal Data:** lululemon does not sell your personal data.

**YOUR CONSUMER RIGHTS**

California consumers have the right to request access to their personal data, additional details about our information practices and deletion of their personal data (subject to certain exceptions). California consumers also have the right to opt out of sales of personal data, if applicable. We describe how California consumers can exercise their rights under the CCPA

Document title: Privacy Policy | lululemon athletica
Capture URL: https://web.archive.org/web/20200419134135/https://info.lululemon.com/legal/privacy-policy
Capture timestamp (UTC): Mon, 08 Feb 2021 22:34:02 GMT                                        Page 5 of 7

INTERNET ARCHIVE
**WayBackMachine**
183 captures
24 May 2018 - 2 Feb 2021

https://info.lululemon.com/legal/privacy-policy    Go

WOMEN   MEN   GIRLS   ACCESSORIES   COMMUNITY   HOME WORKOUTS                PROFILE          Search

California consumers have the right to request access to their personal data, additional details about our information practices and deletion of their personal data (subject to certain exceptions). California consumers also have the right to opt out of sales of personal data, if applicable. We describe how California consumers can exercise their rights under the CCPA below. Please note that you may designate an authorized agent to exercise these rights on your behalf by providing written materials demonstrating that you have granted the authorized agent power of attorney. Please note that if an authorized agent submits a request on your behalf, we may need to contact you to verify your identity and protect the security of your personal data. We will not discriminate against you if you choose to exercise your rights under the CCPA.

**Right to Know:** You may request access to the specific pieces of personal data we have collected about you in the last 12 months. You may also request additional details about our information practices, including the categories of personal data we have collected about you, the sources of such collection, the categories of personal data we share for a business or commercial purpose, and the categories of third parties with whom we share your personal data. You may make these requests by calling 1-844-455-8903 or visiting THIS PAGE. After submitting your request, please monitor your email for a verification email. We are required by law to verify your identity prior to granting access to your data in order to protect your privacy and security.

**Deletion:** You may request that we delete the personal data we have collected about you. Please note that we may retain certain information as required or permitted by applicable law. You may make these requests by calling 1-844-455-8903 or visiting THIS PAGE. After submitting your request, please monitor your email for a verification email. We are required by law to verify your identity prior to deleting your data in order to protect your privacy and security.  If you request to delete your personal data, certain of our products and services may no longer be available to you.

**CONTACT US**

If you have any questions or comments about this Privacy Policy, you may call us at 1-877-263-9300, email us at PRIVACYOFFICER@LULULEMON.COM, or write to us at:

Privacy Officer
lululemon athletica
1818 Cornwall Avenue
Vancouver, BC
V6J 1C7
Canada

---

MY SHOP PREFERENCES          🇺🇸 UNITED STATES          ⌄     $ USD

| MY ACCOUNT | HELP | ABOUT US | SCIENCE OF FEEL |
|---|---|---|---|
| Sign In | Ordering | Our Story | Product care |
| Register | Shipping | Media | |
| Order Status | Returns | Investors | |
| Returns | Sizing | Strategic Sales | |
| | Our Products | lululemon collective | |
| | | Sweat Collective | |
| Contact Us | Careers | Gift Cards | |
| 1.877.263.9300 | Sustainability and Social Impact | Store Locator | |
| Email Sign Up | Here to Be | Privacy Policy (Last Updated: 12/30/19) | |

**Exhibit D**
**70**

INTERNET ARCHIVE
WaybackMachine

https://info.lululemon.com/legal/privacy-policy   Go

183 captures
24 May 2016 - 2 Feb 2021

MAR **APR** MAY
◄ **19** ►
2019 **2020** 2021

▼ About this capture

WOMEN    MEN    GIRLS    ACCESSORIES    COMMUNITY    HOME WORKOUTS          PROFILE          🔍 Search

commercial purpose, and the categories of third parties with whom we share your personal data. You may make these requests by calling 1-844-455-8903 or visiting THIS PAGE. After submitting your request, please monitor your email for a verification email. We are required by law to verify your identity prior to granting access to your data in order to protect your privacy and security.

–

**Deletion:** You may request that we delete the personal data we have collected about you. Please note that we may retain certain information as required or permitted by applicable law. You may make these requests by calling 1-844-455-8903 or visiting THIS PAGE. After submitting your request, please monitor your email for a verification email. We are required by law to verify your identity prior to deleting your data in order to protect your privacy and security.  If you request to delete your personal data, certain of our products and services may no longer be available to you.

## CONTACT US

If you have any questions or comments about this Privacy Policy, you may call us at 1-877-263-9300, email us at PRIVACYOFFICER@LULULEMON.COM, or write to us at:

Privacy Officer
lululemon athletica
1818 Cornwall Avenue
Vancouver, BC
V6J 1C7
Canada

---

MY SHOP PREFERENCES          🇺🇸 UNITED STATES          ⌄     $ USD

| MY ACCOUNT | HELP | ABOUT US | SCIENCE OF FEEL |
|---|---|---|---|
| Sign In | Ordering | Our Story | Product care |
| Register | Shipping | Media | |
| Order Status | Returns | Investors | |
| Returns | Sizing | Strategic Sales | |
| | Our Products | lululemon collective | |
| | | Sweat Collective | |
| Contact Us | Careers | Gift Cards | |
| 1.877.263.9300 | Sustainability and Social Impact | Store Locator | |
| Email Sign Up | Here to Be | Privacy Policy (Last Updated: 12/30/19) | |
| Virtual Personal Shopping | lululemon Apps | California Privacy Rights | |
| | | California Transparency Act | |
| | | Accessibility Statement | |

📌  ▶️  f  📷

---

© lululemon athletica 1818 Cornwall Ave, Vancouver BC V6J 1C7          Privacy Policy (Last Updated: 12/30/19)  |  Terms of Use  |  Text Terms

**Exhibit D**
**71**

# Exhibit E

