PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MATTHEW E. LADEW (CA SBN 318215)
MLadew@mofo.com
JOVANNA RENEE BUBAR (CA SBN 329277)
JBubar@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
QUANTUM METRIC, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON USA INC. and QUANTUM METRIC, INC.,<br><br>Defendants. | Case No. 5:20-cv-02439-JWH-SHK<br><br>**DECLARATION OF PURVI G. PATEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: May 28, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. John W. Holcomb<br>Ctrm: 2<br><br>Complaint filed: Nov. 19, 2020<br>FAC filed: Feb. 25, 2021 |

I, Purvi G. Patel, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, attorneys of record for Defendant Quantum Metric, Inc. in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. Pursuant to Local Rule 7-3, on March 8 and 19, 2021, I met and conferred with Plaintiff's counsel Joel Smith and Alec Leslie regarding the allegations in Plaintiff's amended complaint and the grounds for Defendants' anticipated motion to dismiss.

3. **Exhibit A** to the Request for Judicial Notice is a true and correct copy of United States Patent No. US 10,656,984 B2. I originally accessed this patent on February 8, 2021 from https://patentimages.storage.googleapis.com/7f/42/77/b8e2d0b0bb88bd/US10656984.pdf and confirmed it is still available there on March 25, 2021.

4. **Exhibit B** to the Request for Judicial Notice are true and correct copies of historical screenshots of the "Frequently Asked Questions" and "Data Privacy and Security" sections of Quantum's website captured on November 1, 2020, by the Wayback Machine. I originally accessed these documents on February 8, 2021 and confirmed they are still available on March 25, 2021. They are available at https://web.archive.org/web/20201030012904/https://www.quantummetric.com/faq/ and https://web.archive.org/web/20201020065045/https://www.quantummetric.com/data-privacy-and-security/.

5. **Exhibit C** to the Request for Judicial Notice is a true and correct copy of United States Patent No. US 10,146,752 B2. I originally accessed this patent on February 8, 2021 from https://patentimages.storage.googleapis.com/79/2e/30/

e535f67fef3dd9/US10146752.pdf and confirmed it is still available there on March 25, 2021.

6. **Exhibit F** to the Request for Judicial Notice is a true and correct copy of a screenshot I took on March 24, 2021, of an October 8, 2018 blog post on Quantum's website.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 25th day of March, 2021, in Los Angeles, California.

*/s/ Purvi G. Patel*
Purvi G. Patel