| | |
|---|---|
| 1 | Angela C Agrusa (Bar No. CA-131337) |
| | angela.agrusa@us.dlapiper.com |
| 2 | David B. Farkas (Bar No. CA-257137) |
| | david.farkas@us.dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars |
| 4 | Suite 400 North Tower |
| | Los Angeles, California 90067-4704 |
| 5 | Tel:   310.595.3000 |
| | Fax:   310.595.3300 |
| 6 | |
| | Attorneys for Defendant |
| 7 | LULULEMON USA INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated, | CASE NO.  5:20-CV-02439-JWH-SHK |
| Plaintiff, | **DECLARATION OF DAVID B. FARKAS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| LULULEMON USA INC. and QUANTUM METRIC, INC., | Date:     May 28, 2021 |
| Defendants. | Time:     9:00 a.m. |
| | Judge:    Hon. John W. Holcomb |
| | Ctrm:     2 |
| | |
| | Complaint filed: Nov. 19, 2020 |
| | FAC filed:        Feb. 25, 2021 |

FARKAS DECLARATION ISO DEFENDANTS' MOTION TO DISMISS

EAST\180183038.1

I, David B. Farkas, declare as follows:

1. I am Of Counsel with the law firm of DLA Piper LLP (US), attorneys of record for Defendant Lululemon USA Inc. in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. **Exhibit D** to the Request for Judicial Notice is a true and correct copy of historical screenshots of the Lululemon's Privacy Policy from Lululemon's website captured on April 19, 2020, by the Wayback Machine. I originally accessed these documents on February 8, 2021, and confirmed they are still available on March 25, 2021. They are available at https://web.archive.org/web/20200419134135/https://info.lululemon.com/legal/privacy-policy.

3. **Exhibit E** to the Request for Judicial Notice is a true and correct copy of a screenshot I took of the checkout page of Lululemon's website on February 8, 2021. I confirmed on March 25, 2021, that the screenshot still reflects the checkout page of Lululemon's website.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 25th day of March, 2021, in Los Angeles, California.

                         */s/ David B. Farkas*
                         David B. Farkas

## ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file the foregoing document. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from, David B. Farkas, counsel for Defendant Lululemon USA, Inc., and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: March 25, 2021                    MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel
***Attorneys for Defendant Quantum Metric, Inc.***