1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Joel D. Smith (State Bar No. 244902)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-mail: ltfisher@bursor.com
5          jsmith@bursor.com
6
7  *Attorneys for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MARY YOON, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-02439-JWH-SHK |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| LULULEMON USA INC. and QUANTUM METRIC, INC., | Hon. John W. Holcomb |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 5:20-CV-2439-JWH-SHK

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mary Yoon voluntarily dismisses her individual claims in this action with prejudice against Defendants.

Dated:  July 6, 2022    Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:  */s/ Joel D. Smith*
          Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            jsmith@bursor.com

*Attorneys for Plaintiff*