# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARY YOON, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 20-02439-JWH(SHKx) |
| v. | |
| LULULEMON USA, INC., ET AL, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/7/22 | 49 | Notice to Filer of Deficiencies |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other
  No order is required for dismissal under F.R.C.P. Rule 41(a)(1)(A)(i).

Clerk, U.S. District Court

Dated: July 12, 2022          By: Deborah Lewman
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge